EXHIBIT 2



中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

< 返回列表

邮件号：EA543916186CN　　📋　*EMS*

深圳市　————————>　AMERICA



耗时19天16小时

| 2022-03-23 12:23 | 收 | 【US】已妥投 |
| 11:57 | | 到达境外目的地<br>已到达【US】投递局 |
| 2022-03-22 14:44 | | 到达境外目的地<br>境外进口海关放行 |
| 2022-03-21 08:58 | | 到达境外目的地<br>到达寄达地 |
| 08:58 | | 到达境外目的地<br>送交境外进口海关 |
| 08:58 | | 到达境外目的地<br>到达寄达地处理中心 |
| 2022-03-13 17:24 | | 运输中<br>飞机进港 |
| 01:50 | | 运输中<br>航空公司启运 |
| 2022-03-11 19:15 | | 运输中<br>航空公司接收 |
| 09:05 | | 运输中<br>深圳市,已交承运商运输 |
| 2022-03-05 08:21 | | 运输中<br>深圳市,离开【深圳国际邮件处理中心】,下一站【深圳国际邮件交换站】 |
| 2022-03-04 20:39 | | 运输中<br>深圳市,【深圳国际邮件处理中心】已出口直封 |
| 2022-03-03 22:23 | | 运输中<br>深圳市,到达【深圳邮件处理中心】 |
| 20:15 | | 运输中<br>深圳市,离开【深圳福田福新营业部】,下一站【深圳内】 |
| 20:04 | | 已收寄<br>深圳市,【深圳福田福新营业部】已收寄,揽投员:彭文烨,电话:18588290880 |

EMS 全球邮政 · 快专递

国际 (地区) 特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL V  ILL  EA543916172CN

收件人/TO SOUND BRIDGE ACOUSTIC LABS, INC.

寄件人/FROM  ZHAO JIAHUI

深圳/ Shenzhen

深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration

地址/ADDRESS

深圳市南山区听海大道5033号卓越前海壹号T1栋国
际仲裁大厦40层

邮政编码/POST CODE  GD92 GD92 9

收寄日期/POSTING DATE & TIME
2022 年Y 3 月M 2 日D 17 时H

电话(市内重要)/PHONE (VERY IMPORTANT)
0755-83501229

收件地区/COUNTRY(REGION)
中国/ P. R. China

用户编码/CUSTOMER CODE

国家(地区)/COUNTRY(REGION)
United States of America

地址/ADDRESS
3508 I-35 E SOUTH WAXAHACHIE, TX 75165,

联系人: 1 Christopher Cole

电话(市内重要)/PHONE (VERY IMPORTANT)
1-2144765355, 800-628-9084

邮政编码/POSTAL CODE

城市/ CITY

公司/COMPANY

国家(地区)/COUNTRY(REGION)

千克/KG

立方厘米 /cm³
其它费用 / ADD CHARGE

费用总计 / TOTAL CHARGE

总重量/TOTAL WEIGHT

体积/VOLUME
长 x高 x宽
x宽 w

收寄人员签名 / ACCEPTED BY (SIGNATURE)

收件人姓名 / RECEIVER'S NAME

年Y  月M  日D

EA543916172CN

http://www.ems.com.cn

CN22

内件名称及数量/NAME & DESCRIPTION OF CONTENTS  9
SUTANA NO. 6092 FR
2021 仲裁通知及附件/
Notice of
Arbitration &
Attachments

□ 文件资料  □ 物品
DOCUMENT  □ PARCEL

件数  NO.ITEMS  重量  WEIGHT

如不能投递  □ 退回
IF SHIPMENT IS UNDELIVERABLE
I AGREE THAT IT SHOULD BE
RETURNED

□ 放弃
ABANDONED
AND I ASSURE TO PAY FOR THE CHARGE OF RETURN

收寄人员签名 / ZHAO JIAHU

是佳惠/ ZHAO JIAHU

CHINA POST GROUP

中国邮政速递物流    首页   产品服务   服务支持   行业解决方案   增值服务   邮政微博   关于我们
CHINA POSTAL EXPRESS & LOGISTICS

< 返回列表

邮件号：EA543916172CN   *EMS*

深圳市 ————————→ AMERICA



耗时21天15小时

| 2022-03-25 11:26 | 【收】 | 【US】已妥投 |
| 2022-03-23 17:15 | | 派送中【US】安排投递 |
| 13:46 | | 到达境外目的地 已到达【US】投递局 |
| 2022-03-22 11:09 | | 到达境外目的地 境外进口海关放行 |
| 2022-03-21 08:58 | | 到达境外目的地 到达寄达地 |
| 08:58 | | 到达境外目的地 送交境外进口海关 |
| 08:58 | | 到达境外目的地 到达寄达地处理中心 |
| 2022-03-13 17:24 | | 运输中 飞机进港 |
| 01:50 | | 运输中 航空公司启运 |
| 2022-03-11 19:15 | | 运输中 航空公司接收 |
| 09:05 | | 运输中 深圳市,已交承运商运输 |
| 2022-03-05 08:21 | | 运输中 深圳市,离开【深圳国际邮件处理中心】,下一站【深圳国际邮件交换站】 |
| 2022-03-04 20:39 | | 运输中 深圳市,【深圳国际邮件处理中心】已出口直封 |
| 2022-03-03 22:23 | | 运输中 深圳市,到达【深圳邮件处理中心】 |
| 20:15 | | 运输中 深圳市,离开【深圳福田福新营业部】,下一站【深圳市】 |
| 20:01 | | 已收寄 深圳市,【深圳福田福新营业部】已收寄,揽投员:彭文煜,电话:18586290880 |

复制成功

**(2021) 深国仲涉外受6092号** 仲裁通知书及附件（被）2022/3/2 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|

**仲裁通知书及附件（被）**

SOUND BRIDGE ACOUSTIC LABS, INC.：本院已受理MRLED INC.（申请人）与你方之间的买卖合同纠纷案（（2021）深国仲涉外受6092号）。请阅读附件《仲裁通知书》，在规定时间内指定仲裁员，并提交答辩书和有关证据材料。如需委托代理人代理参与仲裁活动，请将您收到的送达信息转发给代理人，并请其及时完成上述操作。秘书：赵佳慧 电话：0755-83501229 Email：zhaojiahui@scia.com.cn 地址：深圳市南山区听海大道5033号卓越前海壹号T11栋国际仲裁大厦40层 2022 年 3 月 2 日

**附件：**

1. 深圳国际仲裁院仲裁规则（2020年修正）
2. SCIA Arbitration Rules
3. 仲裁员名册
4. The SCIA Panel of Arbitrators
5. 仲裁员实际开支费用标准及交费指引
6. Arbitrator's Actual Expense Standard
7. 当事人仲裁、诉讼和执行程序送达地址确认书
8. 关于指定仲裁员的函（一人庭）
9. 仲裁申请书 (俞晓夏)
10. MRLED INC.的主体资格证明 (俞晓夏)
11. 董事曾光明的身份证 (俞晓夏)
12. 董事曾光明的护照 (俞晓夏)
13. 曾光明董事身份证明书 (俞晓夏)
14. 申请人唯一董事决议 (俞晓夏)
15. 俞晓夏的律师执业证 (俞晓夏)
16. 张春艳的律师执业证 (俞晓夏)
17. 授权委托书 (俞晓夏)
18. 合并扫描的证据材料 (俞晓夏)
19. 证据目录 (俞晓夏)
20. SOUND BRIDGE ACOUSTIC LABS, INC.的主体资格证明 (俞晓夏)
21. 律师事务所函 (俞晓夏)
22. 被申请人的主体资格证明（最新信息）(俞晓夏)
23. 申请人的主体资格证明（最新信息）(俞晓夏)
24. Application for Arbitration (俞晓夏)
25. 法定代表人/负责人证明书 (俞晓夏)
26. 授权委托书 (俞晓夏)
27. 律师事务所函 (俞晓夏)
28. 法定代表人/负责人证明书 (俞晓夏)
29. List of Evidence (俞晓夏)
30. Notice（exchange rate）(俞晓夏)
31. （2021）深国仲涉外受6092号_仲裁通知书（被）.pdf
32. Notice of Arbitration Respondent.pdf

**SOUND BRIDGE ACOUSTIC LABS, INC.**

（被申请人）

Email送达：icc@soundbridge.com
- 2022/3/2 18:18 已通过Email送达至 icc@soundbridge.com

**(2021) 深国仲涉外受6092号** Notice on Formation of the Arbitral Tribunal and Oral Hearing & Attachment 2022/5/20 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **Notice on Formation of the Arbitral Tribunal and Oral Hearing & Attachment**<br><br>**附件：**<br>1. Notice on Formation of the Arbitral Tribunal and O<br>2. Arbitrator's Declaration.pdf | **MRLED INC.**<br>(申请人) | 短信送达：15002099845<br>• 2022/5/20 14:12 已通过短信送达至 15002099845<br>短信送达：18664590815<br>• 2022/5/20 14:12 已通过短信送达至 18664590815<br>Email送达：yuxiaoxia@deheng.com<br>• 2022/5/20 14:12 已通过Email送达至 yuxiaoxia@deheng.com |
| | **俞晓夏**<br>(申请人代理人/法定代表人) | 短信送达：18664590815<br>• 2022/5/20 14:12 已通过短信送达至 18664590815<br>• 2022/5/20 14:23 来自61.141.138.153的用户[俞晓夏]阅读了本次送达内容<br>Email送达：yuxiaoxia@deheng.com<br>• 2022/5/20 14:12 已通过Email送达至 yuxiaoxia@deheng.com |
| | **张春艳**<br>(申请人代理人/法定代表人) | 短信送达：15002099845<br>• 2022/5/20 14:12 已通过短信送达至 15002099845<br>Email送达：zhangchunyan@deheng.com<br>• 2022/5/20 14:12 已通过Email送达至 zhangchunyan@deheng.com |
| | **孔霞**<br>(申请人代理人/法定代表人) | |
| | **陈俐陶**<br>(申请人代理人/法定代表人) | 短信送达：13712181666<br>• 2022/5/20 14:12 已通过短信送达至 13712181666<br>Email送达：chenlitao@deheng.com<br>• 2022/5/20 14:12 已通过Email送达至 chenlitao@deheng.com<br>• 2022/5/20 14:12 已通过微信送达至 (oOT***aWmVM) |
| | **SOUND BRIDGE ACOUSTIC LABS, INC.**<br>(被申请人) | Email送达：icc@soundbridge.com<br>• 2022/5/20 14:12 已通过Email送达至 icc@soundbridge.com |

EMS 全球邮政特快专递

国际(地区)特快专递邮件详情单

INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA543911745CN

CHINA POST GROUP 中国邮政集团公司

收寄局名称/ORIGIN OFFICE

寄件人/FROM
赵佳慧/ZHAO JIAHUI

收寄日期及时间/POSTING DATE & TIME
2022 年Y 5 月M 30 日D 17 时H

电话(务必填写)/PHONE (VERY IMPORTANT)
0755-83501229

城市/CITY
深圳/Shenzhen

国家或地区/COUNTRY(REGION)
中国/ P. R. China

地址/ADDRESS
深圳国际仲裁院(深圳仲裁委员会)
Shenzhen Court of International Arbitration
深圳市南山区听海大道5033号卓越前海壹号T1栋中
际仲裁大厦40层

邮政编码/POSTAL CODE 0 9 0 5 9

用户编号/CUSTOMER CODE

收件人/To SOUND BRIDGE ACOUSTIC LABS, INC.

电话(务必填写)/PHONE (VERY IMPORTANT) (800) 628-
9084

城市/CITY

公司/COMPANY

地址/ADDRESS
3501 S INTERSTATE HIGHWAY 35 E WAXAHACHIE,
TX 75165-5429  USA
联系人: 1 Christopher Cole

邮政编码/POSTAL CODE

国家或地区/COUNTRY(REGION)
美国/USA

重量W/kg

立方厘米/cm³

费用合计/TOTAL CHARGE
Y

其它费用/ADD CHARGE
Y

资费/TOTAL WEIGHT
千克/KG

收件人姓名/RECEIVER'S NAME

收件人签名/ACCEPTED BY (SIGNATURE)
Y年 M月 D日

http://www.ems.com.cn   手机短信查询邮件:11185   客户服务(HOTLINE)11185

EA543911745CN

CN22

□ 文件资料 DOCUMENT
□ 物品 PARCEL
□ 退件 RETURN
□ 放弃 ABANDONED

内件名称及数量/DETAILED DESCRIPTION AND QUANTITY OF CONTENTS

Notice on Formation of
the Arbitral Tribunal and
Oral Hearing &
Attachments, Letter on
Delivery of Case No. 4

寄件人签名/ZHAO JIAHUI 赵佳慧

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

中国邮政速递物流

登录/注册　English

扫码关注

亲！想要实时关注此邮件状态？
微信扫码关注，仅需一步！

中国邮政速递物流
微信服务号

手机app

< 返回列表

邮件号：EA543911745CN 　ᴱᴹˢ 国际特快专递

深圳市 ———➤ 美国

耗时15天21小时

| 2022-06-16 12:05 | 已签收 | [US] 已签收 |
| 12:03 | 派送中 | [US] 安排投递 |
| 10:34 | 到达境外目的地 | 已到达 [US] 投递局 |
| 2022-06-15 05:01 | 到达境外目的地 | 境外进口清关旅行 |
| 2022-06-14 06:23 | 到达境外目的地 | 送交境外进口海关 |
| 06:22 | 到达境外目的地 | 到达境外寄达地处理中心 |
| 2022-06-02 22:00 | 运输中 | 航空公司接收 |
| 09:56 | 运输中 | 深圳市,已交承运商运输 |
| 2022-06-01 08:13 | 运输中 | 深圳市,离开 [深圳国际邮件处理中心]，下一站 [深圳国际邮件交换站] |
| 08:13 | 运输中 | 深圳市,到达 [深圳国际邮件处理中心] |
| 02:13 | 运输中 | 深圳市,到达 [深圳邮件处理中心] |
| 2022-05-31 | 运输中 | |

https://www.ems.com.cn/queryLogistics

中国邮政速递物流

23:10　深圳市，[深圳]国际邮件处理中心 已出口直封

21:45　运输中
　　　　深圳市,离开 [深圳市福田区彩田营业部]，下一站 [深圳市]

14:56　已收寄
　　　　深圳市, [深圳市福田区彩田营业部] 已收寄,揽投员:王善军,电话:18588290912

**Item ID**   EA543911745CN

**ITEM DETAILS**

**ADDRESSEE DETAILS**

**SENDER DETAILS**

**DESPATCH AND RECEPTACLE INFORMATION**

**EVENTS**

| Event | Date | Description | Location | Transp. ref | Details | Sender | Receiver |
|---|---|---|---|---|---|---|---|
| EMI | 16/06/2022 12:05 | Final delivery | 75165 | | A MORALES | US001 | CN0 |
| EMH | 16/06/2022 12:03 | Attempted/Unsuccessful (physical) delivery | 75165 | | (12) Addressee not available | US001 | CN0 |
| EMG | 16/06/2022 10:34 | Arrival at delivery office | | | | US001 | CN0 |
| EDC | 15/06/2022 05:01 | Item returned from import Customs | US/FKA | | (null) | US001 | CN0 |
| EDB | 14/06/2022 06:23 | Item presented to import Customs | US/FKA | | | US001 | CN0 |
| EMD | 14/06/2022 06:22 | Arrival at inward (destination) office of exchange | US/FKA | | | US001 | US0 |
| PC | 03/06/2022 08:20 | Precon - Consignment completed | HKG | CV4513BT | CNSZXD0226896 | CN102 | US0 |
| PD | 31/05/2022 23:28 | Predes - Despatch Closed | CNSZXD | CV4513BT | CNSZXD US/FKA A EN 2 0272 014 0000011 | CN101 | US1 |
| EMC | 31/05/2022 23:10 | Departure from outward office of exchange | CNSZXD | | | CN001 | US0 |
| EMA | 31/05/2022 14:56 | Posting / Collection | 518028 | | | CN001 | US0 |

国际 (地区) 特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA54911731CN

全球邮政特快专递

收件人/TO SOUND BRIDGE ACOUSTIC LABS, INC.

收件人/FOR ADDRESSEE

国家/地区/COUNTRY(REGION) 美国

地址/CITY

公司名/COMPANY

地址/ADDRESS
3508 I-35 E SOUTH WAXAHACHIE, TX 75165,
United States of America
联系人: Christopher Cole

邮政编码/POSTAL CODE

电话(很重要)/PHONE (VERY IMPORTANT)
1-2144765355、800-628-9084

收件人员姓名/ACCEPTED BY (SIGNATURE)

收件人签名/RECEIVER'S NAME

Y年   M月   D日

EA54911731CN

http://www.ems.com.cn

寄件人/FROM 恩佳慧/ZHAO JIAHUI

电话(很重要)/PHONE (VERY IMPORTANT)
0755-83501229

国家/地区/COUNTRY(REGION) 中国/P. R. China

收寄日期/POSTING DATE & TIME
2022 年Y 5 月M 30 日D 17 时H

城市/CITY 深圳/Shenzhen

深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration

地址/ADDRESS
深圳市南山区听海大道5033号卓越前海壹号11栋B座
国际仲裁大厦40层

收寄局/ORIGIN OFFICE

寄件人邮编/POST CODE
5 8 0 0 5 2 9

CN22

内件名称/DESCRIPTION OF CONTENTS
SCIANA NO. 6092 FR 2021
Notice on Formation of
the Arbitral Tribunal and
Oral Hearing &
Attachment, Letter on
Delivery of Case No.▼

寄件人签名/SENDER'S SIGNATURE
恩佳慧/ZHAO JIAHUI

原寄地/ORIGIN
China

CHINA POST GROUP 中国邮政集团公司

2022/6/20 16:05

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　科技赋能　关于我们

中国邮政速递物流

登录/注册　English

扫码关注

亲，想要实时关注此次邮件状态？
微信扫码关注，收取一键一步！



中国邮政快递物流
《微信服务号》

手机app

< 返回列表

邮件号：EA543911731CN  []  *EMS* 国际特快专递

深圳市 ———— 美国

耗时15天21小时

2022-06-16
12:05

已签收
[US] 已妥投

12:03
派送中
[US] 安排投递

10:34
到达境外目的地
已到达 [US] 投递局

2022-06-15
05:01
到达境外目的地
境外进口海关放行

2022-06-14
05:55
到达境外目的地
送交境外进口海关

05:54
到达境外目的地
到达寄达地处理中心

2022-06-02
22:00
运输中
航空公司揽收

09:56
运输中
深圳市,已交承运商运输

2022-06-01
08:13
运输中
深圳市,离开 [深圳国际邮件处理中心] ,下一站 [深圳国际邮件交换站]

08:13
运输中
深圳市,到达 [深圳国际邮件处理中心]

02:13
运输中
深圳市,到达 [深圳邮件处理中心]

2022-05-31
运输中

https://www.ems.com.cn/queryLogistics

中国邮政速递物流





深圳市，[深圳国际邮件处理中心] 已出口直封

23:10

运输中
深圳市离开 [深圳市福田区彩田营业部]，下一站 [深圳市]

21:45

已收寄
深圳市，[深圳市福田区彩田营业部] 已收寄,揽投员王曾军,电话:18588290912

14:53




**Item ID** EA543911731CN

## ITEM DETAILS

## ADDRESSEE DETAILS

## SENDER DETAILS

## DESPATCH AND RECEPTACLE INFORMATION

## EVENTS

| Event | Date | Description | Location | Transp. ref | Details | Sender | Receiv |
|---|---|---|---|---|---|---|---|
| EMI | 16/06/2022 12:05 | Final delivery | 75165 | | A.MORALES | US001 | CN00... |
| EMH | 16/06/2022 12:03 | Attempted/Unsuccessful (physical) delivery | 75165 | | (12) Addressee not available | US001 | CN00... |
| EMG | 16/06/2022 10:34 | Arrival at delivery office | | | | US001 | CN00... |
| EDG | 15/06/2022 05:01 | Item returned from import Customs | USJFKA | | (null) | US001 | CN00... |
| EDB | 14/06/2022 06:55 | Item presented to import Customs | USJFKA | | | US001 | CN00... |
| EMD | 14/06/2022 05:54 | Arrival at inward (destination) office of exchange | USJFKA | | | US001: | CN00... |
| PC | 03/06/2022 08:20 | Precon – Consignment completed | HKG | CV4513BT | CNSZXD236896 | CN102 | US1... |
| PD | 31/05/2022 23:28 | Predes - Despatch Closed | CNSZXD | CV4513BT | | CN101 | US10... |
| EMC | 31/05/2022 23:10 | Departure from outward office of exchange | CNSZXD | | CNSZXD USJFKAA FN 2 0272.014.000011 | CN001 | US00... |
| EMA | 31/05/2022 14:53 | Posting / Collection | 518028 | | | CN001 | US00... |

HISTORY

EMS 全球邮政特快专递

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA683798202CN

邮局号/ORIGIN OFFICE

寄件人/FROM
赵佳慧/ZHAO JIAHUI

电话(非常重要)/PHONE (VERY IMPORTANT)
0755-83501229

地市/CITY
深圳/Shenzhen

国家(地区)/COUNTRY(REGION)
中国/P. R. China

公司/COMPANY
深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration-

地址/ADDRESS
深圳市南山区昕海大道5033号卓越前海壹号1栋中
际仲裁大厦35层

邮政编码/POSTAL CODE
518029

收件人/TO SOUND BRIDGE ACOUSTIC LABS, INC.

国家(地区)/COUNTRY(REGION)
美国

城市/CITY

公司/COMPANY

地址/ADDRESS
3501 S INTERSTATE HIGHWAY 35 E WAXAHACHIE,
TX 75165-5429, USA

联系人/ | Christopher Cole

邮政编码/POSTAL CODE

电话(非常重要)/PHONE (VERY IMPORTANT)
1-21447 65355, Office (800) 628-
9084

收寄日期/POSTING DATE & TIME
2022 年Y 11 月M 12 日D 14 时H

CN22
☑ 文件资料 ☐ 物品
DOCUMENT    PARCEL

内件名称及其详细说明
NAME & DESCRIPTION OF CONTENTS
SCI ANA NO. 6092 FR
2021 Document No. 5 &
Attachments

如果邮件无法投递 ☑ 退回 ☐ 放弃
RETURNED    ABANDONED

原产地 ORIGIN
China

件数
NO.OF PCS
1

重量
WEIGHT
0.1 千克/KG

申报价值 DECLARED VALUE
$10 美元/USD

寄件人签名/SIGNATURE
赵佳慧 ZHAO JIAHUI

收件人签名 / ACCEPTED BY (SIGNATURE)
年Y 月M 日D

总重量/TOTAL WEIGHT
0.1 千克/KG

体积/VOLUME
长L ___ x宽H ___ x高W ___
立方厘米(人民币)/cm³

保价/INSURED ☐ 否 NO ☐ 是 YES

声明价值(人民币)
DECLARED VALUE(RMB)
¥

其它费用 / ADD CHARGE
¥

费用总计 / TOTAL CHARGE
¥

收件人签名 / RECEIVER'S NAME
年Y 月M 日D

EA683798202CN

http://www.w.ems.com.cn

客服电话 11183

CHINA POST GROUP 中国邮政集团公司

中国邮政速递物流　　　首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们
CHINA POSTAL EXPRESS & LOGISTICS

< 返回列表

邮件号：EA683798202CN 　EMS

中国，深圳市 ————————→ 美国

耗时8天23小时



| 2022-11-21 16:35 | 收 | 已妥投 美国，[美国] 已妥投 |
| 07:14 | | 到达境外目的地 美国，已到达 [美国] 投递局 |
| 2022-11-19 11:03 | | 到达境外目的地 美国，境外进口海关放行 |
| 02:01 | | 到达境外目的地 纽约，到达寄达地 |
| 02:01 | | 到达境外目的地 纽约，送交境外进口海关 |
| 02:01 | | 到达境外目的地 纽约，到达寄达地处理中心 |
| 2022-11-14 22:00 | | 运输中 航空公司接收 |
| 2022-11-13 12:08 | | 运输中 深圳市，已交承运商运输 |
| 07:44 | | 运输中 深圳市，离开【广东省深圳市国际互换局】，下一站【广东省深圳市国际交换站】 |
| 07:44 | | 运输中 深圳市，到达【广东省深圳市国际互换局】 |
| 03:22 | | 运输中 深圳市，[广东省深圳市国际互换局] 已出口直封 |
| 2022-11-12 17:09 | | 已收寄 深圳市，[深圳福新营业部3] 已收寄,揽投员:彭文辉,电话:18588290880 |

**EMS** 全球邮政 · 快专递

国际（地区）特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL V.  ALL

EA683798193CN

CHINA POST GROUP

收寄日期/POSTING DATE & TIME
2022 年Y 11 月M 12 日D 14 时H

**寄件人/FROM**
寄件人/FROM 赵佳慧/ZHAO JIAHUI
电话(很重要)/PHONE (VERY IMPORTANT) 0755-83501229
国家(地区)/COUNTRY(REGION) 中国/P. R. China
城市/CITY 深圳/Shenzhen
公司/COMPANY 深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration
地址/ADDRESS 深圳市南山区听海大道5033号卓越前海壹号11栋国际仲裁大厦35层

邮政编码/POSTAL CODE 518029

**收件人/TO** SOUND BRIDGE ACOUSTIC LABS, INC.
国家(地区)/COUNTRY(REGION)
城市/CITY
公司/COMPANY
地址/ADDRESS 3508 I-35 E SOUTH WAXAHACHIE, TX 75165.
United States of America
联系人/ Christopher Cole
邮政编码/POSTAL CODE
电话(很重要)/PHONE (VERY IMPORTANT) 1-2144765355, 800-628-9084

重量/TOTAL WEIGHT 0.1 千克/KG
立方厘米/cm³
到付邮资（人民币）/ DECLARED VALUE(RMB)
其它费用 / ADD CHARGE
费用总计 / TOTAL CHARGE
¥
收件人姓名 / RECEIVER'S NAME

对方付邮资费用标记 □是 YES
保价 INSURED □是 YES
到付 CHARGE

体积 / VOLUME
长L x 宽W x 高H

收寄人员签名 / ACCEPTED BY (SIGNATURE)
年Y  月M  日D

EA683798193CN
E A 6 8 3 7 9 8 1 9 3 C N

服务电话:11183 (HOTLINE)
http://www.ems.com.cn

原寄地 / ORIGIN China

内件品名及数量(很重要)
NAME & DESCRIPTION OF CONTENTS
SCI ANA NO. 6092 FR
2021 Document No. 5 &
Attachments

件数/NO.OF.PCS 1
重量/WEIGHT 0.1
报关价值/ DECLARED VALUE $10

资费/USD
资费 / USD

寄件人签名 / SENDER'S SIGNATURE
赵佳慧 ZHAO JIAHUI

CN22

□退回 RETURNED 如寄件无法投递，请在右边方框内打勾，
□文件资料 DOCUMENT
□物品 □包裹 PARCEL

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

< 返回列表

**邮件号：EA683798193CN** 🗐　*EMS*

中国，深圳市 ————————— 美国

耗时8天23小时



| 2022-11-21 16:35 | 收 | 美国，【美国】已妥投 |
| 07:13 | | 到达境外目的地 美国,已到达【美国】投递局 |
| 2022-11-19 11:03 | | 到达境外目的地 美国,境外进口海关放行 |
| 02:01 | | 到达境外目的地 纽约,到达寄达地 |
| 02:01 | | 到达境外目的地 纽约,送交境外进口海关 |
| 02:01 | | 到达境外目的地 纽约,到达寄达地处理中心 |
| 2022-11-14 22:00 | | 运输中 航空公司接收 |
| 2022-11-13 12:08 | | 运输中 深圳市,已交承运商运输 |
| 07:44 | | 运输中 深圳市,离开【广东省深圳市国际互换局】,下一站【广东省深圳市国际交换站】 |
| 07:44 | | 运输中 深圳市,到达【广东省深圳市国际互换局】 |
| 03:22 | | 运输中 深圳市,【广东省深圳市国际互换局】已出口直封 |
| 2022-11-12 17:08 | | 已收寄 深圳市,【深圳福田福新营业部】已收寄,揽投员:彭文辉,电话:18588290880 |

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA543787345CN

EMS 全球邮政特快专递

CHINA POST GROUP

**收件人/FOR SENDER**

收寄日期/POSTING DATE & TIME
2023 年 4 月 27 日 时 分

寄件人/FROM 赵佳慧/ZHAO JIAHUI
电话(非常重要)/PHONE (VERY IMPORTANT)
0755-83501229

地址/CITY 深圳/Shenzhen
国家(地区)/COUNTRY(REGION)
中国/P. R. China

地址/ADDRESS
深圳国际仲裁院(深圳仲裁委员会)
Shenzhen Court of International Arbitration
深圳市南山区昕海大道5033号卓越前海壹号T1栋国际仲裁大厦35层

邮政编码/POSTAL CODE
518025

内件品名及数量/NAME & DESCRIPTION OF CONTENTS
SCI ANA NO. 6092 FR
2021 Document No. 8 &
Attachment

收件人/TO SOUND BRIDGE ACOUSTIC LABS, INC.

国家/COUNTRY(REGION)
美国

城市/CITY

公司/COMPANY

地址/ADDRESS
3501 S INTERSTATE HIGHWAY 35 E WAXAHACHI E.
TX 75165-5429  USA
联系人: 1 Christopher Cole
电话(非常重要)/PHONE (VERY IMPORTANT)
1-214-765355, Office, (800), 628-
9184
邮政编码/POSTAL CODE

收件人签名/RECEIVER'S NAME

寄件人签名/SENDER'S SIGNATURE
赵佳慧/ZHAO JIAHUI

China

1   0.1   $10

EA543787345CN

www.ems.com.cn

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

‹ 返回

输入1个手机号或最多20个邮件号(多个请用空格

**邮件轨迹**

国际特快专递　**邮件号：EA543787345CN** 📋　　　　中国，深圳市　　→　　美国

📞
在线客服

耗时5天23小时

| | | |
|---|---|---|
| | **已签收** | |
| 2023年 05月04日 | 13:47 | 美国，【美国】已妥投 |
| | **到达境外目的地** | |
| | 11:15 | 美国，已到达【美国】投递局 |
| 05月03日 | 08:28 | 美国，境外进口海关放行 |
| | 08:17 | 纽约，到达寄达地 |
| | 08:17 | 纽约，送交境外进口海关 |
| | 08:17 | 纽约，到达寄达地处理中心 |
| | **运送中** | |
| | 06:58 | 飞机进港 |
| | 02:09 | 航空公司启运 |
| 05月02日 | 13:04 | 航空公司接收 |
| 05月01日 | 12:00 | 航空公司启运 |
| 04月29日 | 13:06 | 航空公司接收 |
| | 09:05 | 深圳市，已交承运商运输 |
| | 08:08 | 深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳市国际交换站】 |
| | 08:08 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 03:48 | 深圳市，【广东省深圳市国际互换局】已出口直封 |
| | 03:46 | 深圳市，出口海关/放行 |
| | **清关中** | |
| | 02:27 | 深圳市，送交出口海关 |
| | **运送中** | |
| 04月28日 | 22:18 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 20:59 | 深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】 |
| | 20:57 | 深圳市，邮件离开【深圳市福田彩田揽投部】，正在发往【深圳市】 |
| | 20:57 | 深圳市，邮件正在【深圳市福田彩田揽投部】完成分拣，准备发出 |
| | **已揽收** | |
| | 14:22 | 深圳市，中国邮政 已收取邮件 |

产品服务　　行业解决方案　　便民服务　　科技智能　　服务支持　　关于我们

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA543787331CN

全球邮政特快专递

收件人/FOR SENDER

收件人/TO 寄往

SOUND BRIDGE ACOUSTIC LABS, INC.

国家(地区)/COUNTRY(REGION)
美国
United States of America

3508 1-35 E SOUTH WAXAHACHIE, TX 75165,

城市/CITY

公司/COMPANY

地址/ADDRESS

联系人: I Christopher Cole

邮政编码/POSTAL CODE

电话(很重要)/PHONE (VERY IMPORTANT)
1-2144765355, 800-628-9084

收件人姓名/RECEIVER'S NAME

收件人签名/ACCEPTED BY (SIGNATURE)

总重量/TOTAL WEIGHT  0.1  千克/KG

费用合计/TOTAL CHARGE

EA543787331CN

http://www.ems.com.cn

收寄日期/POSTING DATE & TIME
2023 年 4 月 27 日 时 分

寄件人/ZHAO JIAHUI

电话(很重要)/PHONE (VERY IMPORTANT)
0755-83501229

国家(地区)/COUNTRY(REGION)
中国/P. R. China

城市/CITY
深圳/Shenzhen

深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration

地址/ADDRESS
深圳市南山区听海大道5033号卓越前海壹号T1栋西
际仲裁大厦35层

邮政编码/POSTAL CODE
518029

CN22

NAME & DESCRIPTION OF CONTENTS
SCIANA NO. 6092 FR
2021 Document No. 8 &
Attachment

收寄局/ORIGIN OFFICE

CHINA POST GROUP

寄件人签名/SENDER'S SIGNATURE  赵佳慧/ZHAO JIAHUI

原寄地/ORIGIN
China

件数/NO OF PCS  1
重量/WEIGHT  0.1
声明价值/DECLARED VALUE  $10

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

‹ 返回

输入1个手机号或最多20个邮件号(多个请用空格

**邮件轨迹**

国际特快专递　邮件号：EA543787331CN ⎘

中国，深圳市　　→　　美国

在线客服

**已签收**　　　　　　　　　　　　　　　　　　　　　耗时5天23小时

| | | |
|---|---|---|
| 2023年 05月04日 | 13:47 | 美国，【美国】已妥投 |
| | | 到达境外目的地 |
| | 11:16 | 美国，已到达【美国】投递局 |
| 05月03日 | 08:27 | 美国，境外进口海关放行 |
| | 08:17 | 纽约，到达寄达地 |
| | 08:17 | 纽约，送交境外进口海关 |
| | 08:17 | 纽约，到达寄达地处理中心 |
| | | 运送中 |
| | 06:58 | 飞机进港 |
| | 02:09 | 航空公司启运 |
| 05月02日 | 13:04 | 航空公司接收 |
| 05月01日 | 12:00 | 航空公司启运 |
| 04月29日 | 13:06 | 航空公司接收 |
| | 09:05 | 深圳市，已交承运商运输 |
| | 08:08 | 深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳市国际交换站】 |
| | 08:08 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 03:48 | 深圳市，【广东省深圳市国际互换局】已出口直封 |
| | 03:46 | 深圳市，出口海关/放行 |
| | | 清关中 |
| | 02:27 | 深圳市，送交出口海关 |
| | | 运送中 |
| 04月28日 | 22:18 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 20:59 | 深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】 |
| | 20:57 | 深圳市，邮件离开【深圳市福田彩田揽投部】，正在发往【深圳市】 |
| | 20:57 | 深圳市，邮件已在【深圳市福田彩田揽投部】完成分拣，准备发出 |
| | | 已揽收 |
| | 14:20 | 深圳市，中国邮政 已收取邮件 |

产品服务　　行上解决方案　　便民服务　　科技赋能　　邮务支持　　关于我们




中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技融能　天吴我们

〈 返回

输入1个手机号或最多20个邮件号(多个请用空

**邮件轨迹**

中国邮政 **EMS** 国际特快专递　　邮件号：**EA543787186CN** ⎙　　　中国，深圳市　　　→　　　美国

在线客服

耗时17天21小时

| | | |
|---|---|---|
| | ✅ **已签收** | |
| 2023年<br>07月19日 | 12:31 | 美国，【美国】已妥投 |
| | ⊙ **到达境外目的地** | |
| | 11:29 | 美国，已到达【美国】投递局 |
| 07月17日 | 04:42 | 美国，境外进口海关放行 |
| | ⊙ **运送中** | |
| 07月07日 | 12:10 | 飞机进港 |
| 07月06日 | 02:00 | 航空公司启运 |
| 07月03日 | 13:52 | 航空公司接收 |
| 07月02日 | 09:20 | 深圳市，已交承运商运输 |
| | 08:14 | 深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳市国际交换站】 |
| | 08:14 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 01:51 | 深圳市，【广东省深圳市国际互换局】已出口直封 |
| | 01:49 | 深圳市，出口海关/放行 |
| | ⊙ **清关中** | |
| 07月01日 | 23:19 | 深圳市，送交出口海关 |
| | ⊙ **运送中** | |
| | 21:56 | 深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 |
| | 21:01 | 深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】 |
| | 20:21 | 深圳市，邮件到达【深圳邮区中心邮件处理中心】，即将进行分拣 |
| | 18:59 | 深圳市，邮件离开【深圳市福田彩田揽投部】，正在发往【深圳市】 |
| | 18:58 | 深圳市，邮件已在【深圳市福田彩田揽投部】完成分拣，准备发出 |
| | ⊙ **已揽收** | |
| | 14:49 | 深圳市，中国邮政 已收取邮件 |

产品服务　　行业解决方案　　便民服务　　科技赋能　　服务支持　　关于我们




中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页    产品服务    服务支持    行业解决方案    便民服务    科技赋能    关于我们

‹ 返回

输入1个手机号或最多20个邮件号(多个请用空格

**邮件轨迹**

中国邮政 *EMS* 国际特快专递   邮件号：EA543787172CN ⎘                   中国，深圳市   ←   美国

在线客服

⊘ **已退回**                                                                     耗时41天23小时

| 2023年 08月12日 | 14:37 | 深圳市，您的邮件已代签收【寄件人签收】，成功退回至寄件人，如有疑问请电联快递员【电话:18588211435】。连接美好，无处不在，感谢您使用中国邮政，期待再次为您服务。 |
|---|---|---|

⊘ 派送中

14:30   深圳市，邮件正在派送中，请耐心等待，保持电话畅通，准备签收，如有疑问电联快递员【陶权，电话:18588211435】或揽投部【电话:0755-83235691】，投诉请致电11183。

⊘ 运送中

13:20   深圳市，邮件到达【深圳市福田彩虹揽投部】

09:21   深圳市，邮件到达【深圳邮区中心邮件处理中心】，即将进行分拣

⊘ 清关中

08月11日   09:15   深圳市，送交进口海关

⊘ 运送中

08月10日   09:36   深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣

05:33   广州市，邮件到达【广州市国际互换局】，即将进行分拣

⊘ 清关中

07月29日   22:41   广州市，送交进口海关

⊘ 运送中

01:29   已送交承运商

07月21日   17:00   离开境外经转局（第三国经转）

⊘ 派送中

07月18日   11:37   美国，【美国】安排投递

⊘ 到达境外目的地

11:25   美国，已到达【美国】投递局

07月17日   11:29   美国，境外进口海关放行

11:29   送交境外进口海关

⊘ 运送中

07月07日   12:10   飞机进港

07月06日   02:00   航空公司启运

07月03日   13:52   航空公司接收

07月02日   09:20   深圳市，已交承运商运输

08:14   深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳国际交换站】

08:14   深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣

01:51   深圳市，【广东省深圳市国际互换局】已出口直封

01:49   深圳市，出口海关/放行

⊘ 清关中

07月01日   23:19   深圳市，送交出口海关

⊘ 运送中

21:56   深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣

21:01   深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **Document No.4 & Attachments**<br><br>**附件:**<br>1. Letter on Delivery of Case Materials-4.pdf<br>2. 证据目录 (俞晓夏)<br>3. 申请人提交补充证据的英文翻译件 (俞晓夏)<br>4. 合并扫描的证据材料 (俞晓夏)<br>5. 申请人提交证据英文翻译件 (俞晓夏) | **SOUND BRIDGE ACOUSTIC LABS, INC.**<br><br>(被申请人) | Email送达: icc@soundbridge.com<br>• 2022/5/20 14:16 已通过Email送达至 icc@soundbridge.com |

国际（地区）特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA543787124CN

EMS 全球邮政特快专递 CHINA POST GROUP

收件人/TO SOUND BRIDGE ACOUSTIC LABS, INC.
国家（地区）/COUNTRY(REGION) 美国
城市/CITY
公司/COMPANY
地址/ADDRESS 3501 S INTERSTATE HIGHWAY 35 E WAXAHACHIE,
TX 75165-5429, USA
联系人：I Christopher Cole
邮政编码/POSTAL CODE
电话(很重要)/PHONE (VERY IMPORTANT)
1-2144 (65355, Office (800) 628-9084

收寄局/ORIGIN OFFICE
寄件人/FROM 赵佳慧/ZHAO JIAHUI
城市/CITY 深圳/Shenzhen
公司/COMPANY 深圳国际仲裁院（深圳仲裁委员会）
Shenzhen Court of International Arbitration
地址/ADDRESS 深圳市南山区听海大道5033号卓越前海壹号T1栋国际仲裁大厦35层

收寄日期/POSTING DATE & TIME
2023 年Y 7 月M 26 日D 14 时H
电话(很重要)/PHONE (VERY IMPORTANT)
0755-83501229
国家（地区）/COUNTRY(REGION) 中国/P. R. China

用户编码/CUSTOMER CODE

CN22

□文件资料 □退回 □放弃
DOCUMENT RETURNED ABANDONED
□物品 PARCEL
原产地 ORIGIN China

内件名称及数量/NAME & DESCRIPTION OF CONTENTS
SCI ANA NO. 6092 FR
2021 Arbitral Award

件数 NO./PCS 1
重量 WEIGHT/KG 0.1
申报价值 DECLARED VALUE $10
美元/USD

收件人签名/ACCEPTED BY (SIGNATURE)

EA543787124CN

收件人签名/RECEIVER'S NAME

寄件人签名/SENDER'S SIGNATURE
赵佳慧/ZHAO JIAHUI

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

‹ 返回

输入1个手机号或最多20个邮件号(多个请用空格)

**邮件轨迹**

中国邮政 国际特快专递　　邮件号：EA543787124CN ⎘　　　　　中国，深圳市　→　美国

在线客服

| | | |
|---|---|---|
| | ✔ **已签收** | **耗时12天21小时** |
| 2023年 08月09日 | 12:08　美国，【美国】已妥投 | |
| | ◌ 到达境外目的地 | |
| | 11:05　美国，已到达【美国】投递局 | |
| 08月08日 | 14:33　美国，境外进口海关放行 | |
| | 00:18　到达寄达地 | |
| | 00:18　送交境外进口海关 | |
| | 00:18　到达寄达地处理中心 | |
| | ◌ 运送中 | |
| 08月06日 | 17:36　航空公司启运 | |
| 08月02日 | 03:36　飞机进港 | |
| 08月01日 | 16:06　航空公司接收 | |
| | 05:00　航空公司启运 | |
| 07月28日 | 10:57　航空公司接收 | |
| | 09:13　深圳市，已交承运商运输 | |
| | 08:16　深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳市国际交换站】 | |
| | 01:52　深圳市，【广东省深圳市国际互换局】已出口直封 | |
| | 01:50　深圳市，出口海关/放行 | |
| | ◌ 清关中 | |
| | 01:02　深圳市，送交出口海关 | |
| | ◌ 运送中 | |
| 07月27日 | 21:27　深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 | |
| | 20:54　深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】 | |
| | 20:52　深圳市，邮件离开【深圳福田彩田揽投部】，正在发往【深圳市】 | |
| | 20:52　深圳市，邮件已在【深圳福田彩田揽投部】完成分拣，准备发出 | |
| | ◌ 已揽收 | |
| | 14:23　深圳市，中国邮政 已收取邮件 | |

产品服务　　　行业解决方案　　　便民服务　　　科技赋能　　　服务支持　　　关于我们

国际 (地区) 特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA543787115CN

全球邮政特快专递

CHINA POST GROUP

EMS

**收件人/TO** SOUND BRIDGE ACOUSTIC LABS. INC.

国家或地区/COUNTRY(REGION) 美国

城市/CITY

公司/COMPANY

地址/ADDRESS
3508 1-35 E SOUTH WAXAHACHIE. TX 75165.
United States of America
联系人: I Christopher Cole

邮政编码/POSTAL CODE
电话或手机/PHONE (VERY IMPORTANT)
1-2144765355, 800-628-9084

体积/VOLUME
长 _ ×宽 _ ×高 _
立方厘米/cm³
重量/总 TOTAL WEIGHT 1
千克/KG

消费/CHARGE
其它费用/ADD CHARGE
费用合计/TOTAL CHARGE

收件人签名/ACCEPTED BY (SIGNATURE)
收件人签名/RECEIVER'S NAME

年/Y 月/M 日/D 时/H

http://www.ems.com.cn

EA543787115CN

**寄件人/FROM** ZHAO JIAHUI

收寄日期/POSTING DATE & TIME
2023 年/Y 7 月/M 26 日/D 14 时/H

电话或手机/PHONE (VERY IMPORTANT)
0755-83501229

国家或地区/COUNTRY(REGION)
中国/P. R. China

城市/CITY 深圳/Shenzhen

公司/COMPANY
深圳国际仲裁院 (深圳仲裁委员会)
Shenzhen Court of International Arbitration

地址/ADDRESS
深圳市南山区听海大道5033号卓越前海壹号T1栋中
际仲裁大厦35层

CN22

□ 文件资料 / DOCUMENT
□ 物品 / PARCEL
□ 退回 / RETURNED
□ 改寄 / ADVANCED

如不能投递 您是否要求退回并付返回邮资
IF SHIPMENT IS UNDELIVERABLE
I AGREE THAT IT SHOULD BE

NAME & DESCRIPTION OF CONTENTS
SCI ANA NO. 6092 FR
2021 Arbitral Award

数量/件数 QTY/PCS
1

重量/WEIGHT
0.1

原产地/ORIGIN
China

申报价值/DECLARED VALUE
$10

美元/USD

寄件人签名/SIGNATURE
赵佳慧/ZHAO JIAHUI

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

首页　产品服务　服务支持　行业解决方案　便民服务　科技赋能　关于我们

‹ 返回

输入1个手机号或最多20个邮件号(多个请用空格

**邮件轨迹**

中国邮政 EMS 国际特快专递　邮件号：EA543787115CN 📋　　　　中国，深圳市　→　美国


在线客服

| | | |
|---|---|---|
| | ✅ **已签收** | 耗时12天21小时 |
| 2023年08月09日 | 12:08　美国，【美国】已妥投 | |
| | 🔄 **到达境外目的地** | |
| | 11:04　美国，已到达【美国】投递局 | |
| 08月08日 | 14:33　美国，境外进口海关放行 | |
| | 00:18　到达寄达地 | |
| | 00:18　送交境外进口海关 | |
| | 00:18　到达寄达地处理中心 | |
| | 🔄 **运送中** | |
| 08月06日 | 17:36　航空公司启运 | |
| 08月02日 | 03:36　飞机进港 | |
| 08月01日 | 16:06　航空公司接收 | |
| | 05:00　航空公司启运 | |
| 07月28日 | 10:57　航空公司接收 | |
| | 09:13　深圳市，已交承运商运输 | |
| | 08:16　深圳市，邮件离开【广东省深圳市国际互换局】，正在发往【广东省深圳市国际交换站】 | |
| | 01:52　深圳市，【广东省深圳市国际互换局】已出口直封 | |
| | 01:50　深圳市，出口海关/放行 | |
| | 🔄 **清关中** | |
| | 01:02　深圳市，送交出口海关 | |
| | 🔄 **运送中** | |
| 07月27日 | 21:27　深圳市，邮件到达【广东省深圳市国际互换局】，即将进行分拣 | |
| | 20:54　深圳市，邮件离开【深圳邮区中心邮件处理中心】，正在发往【广东省深圳市国际互换局】 | |
| | 20:52　深圳市，邮件离开【深圳市福田彩田揽投部】，正在发往【深圳市】 | |
| | 20:52　深圳市，邮件已在【深圳市福田彩田揽投部】完成分拣，准备发出 | |
| | 🔄 **已揽收** | |
| | 14:26　深圳市，中国邮政 已收取邮件 | |

开民服务　　行业解决方案　　便民服务　　科技赋能　　服务支持　　关于我们



**EMS** 全球邮政 快专递

International (regional) express mail details sheet

NTERNATONAL (REGIONAL)EXPRESS MAIL'dL

EA543916186CN

| Agricultural Bureau / ORIGIN OFFICE | Closing Day A / POSTING DATE & TIME 2022日2 | To receive the NTo SUN-ERTDGE ACCUSTIC LADS, |
| | time | city /CTYTian Jia LEDUNTRY (REGION) |
| | Telephone (abundant often easti) / PHONE VERY IMPORINT 0755-83501228 | |
| 77SHAO   JIAHI | G姓am (Region / COLISTRYIRFGION) * cnina | The Company / COMPANY |
| S h e n zh e n | | |
| Shentianji Arbitration Court (Shenzhen Yang Arbitration Committee) Shenzhen Court of I international Arbitr ation | Address at / A D D R E S S 3501 SINTERSTATE HIGHWAY 35 E WAXAHACHIE TX-75165 5429--USA | |
| Address at / ADDRESS T1, No. 5033, Listening Avenue, Nanshan District, Shenzhen | Contact person: I Christopher Cole | |
| Inter-arbitration day wish 40 layers | Zip code / P O S T A L C O D E EM 470449 * ENEF ¥VECAINB OC62B-- 9084 | |

| Mail transmission code SPdsrgdogUser code / CUSTOMER CODE | Volume / V O L U M E Long 1 x and high Y H   x wide | Cubic cm / c m 2 | Yes, and / To TL We cm Day g / KG |
| F SMPMENT IS UNDELVERABLE   return   G is recorded in the month of the rain  give up AND IASSURE TO PAY FOA NE CHARGE OF RETURN | Staff fee / CHARGE | Other expenses / ADDCHARGE | Total cost / TOTALCHARGE |
| CN22   ☐ File data, article DOCUMENT PRACE1 | Green heart fill ear C22 the most close sheet and the present case in the industry in the form of single four national tunx jade village | | |
| | OOLOWH TNOODH | | Signature / A C C E P T E D B Y (S I G N A T U R E) Y year M month D day | To the recipient's signature / RECEIVER' S NAME Y year M month D dan |
| 21 Yongzhi and its accessories | | | |
| bitration 8 achments | | | |
| | Gang / Nixree oom /USD | | |
| | Into Zhao H A O J T A H U | | |

EA543916186CN

achments



Home page products and services, service support industry solutions convenience services, technology wall energy, about us

## ‹Returns the list

**Email number: EA543916186CN S**

Shenzhen a_____**AMERICA**



It took 19 days and 16 hours

| | |
|---|---|
| 2022-03-23 12:2 3 | [US] has been properly cast |
| 11:57 | **Arrive at overseas destinations** |
| 2022-03-22 14:4 4 | [US] Delivery arrived |
| 2022-03-21 06:5 8 | Arrive at overseas destinations Overseas import customs release |
| | Arrive at overseas destinations Arrive at Chida |
| 08:58 | Arrive at overseas destinations Send it to the overseas import customs |
| 08:58 | Arrive at overseas destinations To reach the land processing center |
| 2022-03-13 17:24 | **in transit** The plane into the port |
| 01:50 | in transit **Airline launch** |
| 2022-03-11 19:15 | In the shaft Airways receive |
| 09:05 | In the transport auxiliary Shenzhou city, which has been delivered to the carrier for transportation |
| 2022-03-05 08:21 | **in transit** Shenzhen, Gaokai [Shenzhen International Mail Processing Center], the next station [Shenzhen International Exchange station] |
| 2022-03-04 20:39 | **In the shaft** Shenzhen City, [Shenzhen International Mail Processing Center] has been exported to the direct seal |
| 2022-03-03 22:23 | in transit Shenzhen City, arrive at [Shenzhen Mail Processing Center] |
| 20:15 | In the shaft Shenzhen, Gaokai [Shenzhen Wenantian New Business Department], the next station [Shenzhen Sound] |
| 20:04 | **Has taken livestock** Shenzhen city, [Shenzhen Futian Fuxin business department] has received livestock, spoiler change text wave, telephone: 18588290880 |



**International (regional) express mail details sheet**
INTERNATONAL(REGIONAL)EXPRESS MALV IL

EA543916172CN

| Acceptance rate is / ORIGIN OFFICE | Collection Date / POSTING DATE & TIME | | To / T O SOUND BRTDGE ACOU STTC LABS, TNC |
|---|---|---|---|
| | 2022 Year Y month M  sun D  17  time H | | |
| Senders by / F R O M  Zhao Jiayi, Z H A O  JIAHI | Telephone /count TEO / PHONE VERY IMPORTNT  0755-83501229 | | city /Country (regional YC DONTRY ORIGON |
| city /CITY  Shenzhen / Shenzhen    China /P.R.China | Country (Region / COUNTRY (REGION) | | The Company / COMPANY |
| Shenzhen-International Arbitration Court (Shenzhen Yang Arbitration Committee)  Shenzhen   Court of   Internation el   Arbitration | | | Address at / ADDRESS     E  SOUTH    WAXAHACHIE, TX  75165.  35081-35 |
| Address at / ADDRESS  T1, No.5033 Xinhai Avenue, Nanshan District, Shenzhen | | | United      States-of-America  Contact person: I Christopher Cole |
| 40 floors | | | Mail change code / POSTAL CODE | Telephone (regular fee) / PHONE (VERY IMPOATAST  1-(9147952335, 800-628-9084 |

| Zip code 3P9FT 99029 User code / CUSTOMER CODE | | Volume / VOLUME      x  wide  Long L x and           w  high H | | c. cm /cm³ | 2 in H / TOTL MGHT  kilogramn /KG. |
|---|---|---|---|---|---|
| If the solution is more to the right to return ... | | Page fee / CHARGE | Other expenses / ADOOLARGE | | Total cost / TOTALCHARGE |
| CN22 | Document data of DOCUMEN T | artici e PARCE | Signature / ACCEPTED BY (SIGNATURE)  Y year M month D day | To the recipient's signature / RECEVER' S NAME  Y year M moon D  send to |

| NAMED DESCRI | ORGN |
|---|---|
| 2 0 2 1 Zhong | |
| Notice | |
| Arbitration Attachments | Kg / G yuan / USO |
| Asm DE HOF NE ABOE O GATO  OIQum E | ZHAO   JIAHU |

EA543916172CN

Miaoye products and services  service support  Industry aclighting solution

convenience services  Technology gift can  About Us

## ‹Returns the list



**Email number:** EA543916172CN₀ *TMS*

Shenzhen_____AMERICA



It took 21 days and 15 hours

| 2022-7 | [US] has been properly cast |
|---|---|
| 2022-03-33 17:15 | out of delivery<br>[US] Arrange the delivery |
| 13:46 | Arrive at overseas destinations<br>[US] Delivery arrived |
| 2022-03-22 11:09 | Arrive at overseas destinations<br>Overseas import customs release |
| | Arrive at overseas destinations<br>Arrive at Chida |
| 2022-03-21 08:58 | Arrive at overseas destinations<br>Send it to the overseas import customs |
| 08:58 | Arrive at overseas destinations<br>To reach the land processing center |
| 08:58 | in transit<br>The plane into the submarine |
| 2022-3 | in transit<br>Airline launch |
| 01:50 | in transit<br>Airways receive |
| 2022-03-11 19:15 | in transit<br>Shenzhen city, which has been delivered to the carrier for transportation |
| 09:05 | in transit<br>Shenzhen City, leaving [Shenzhen Li International Mail Processing Center], the next aunt [Shenzhen International Mail Exchange Station] |
| 2022-882 | in transit<br>Shenzhen City, [Shenzhen International Mail Processing Center] has been exported to the direct seal |
| 2022-03-04 20:39 | in transit<br>Shenzhen City, arrive at [Shenzhen Mail Processing Center] |
| 2022-223 | in transit<br>Shenzhou City, Gaokai [Shenzhen Futian Wine New business department], the next knot [city] |
| 20:15 | Has received<br>Shenzhen city, [Shenzhen Futian Fuxin business Department] has received and received the welding activity: 18568290860 |
| 20:01 | |

(2021) The notice of arbitration no. 6092 and the annex (by) 2022 / 3 / 2 were successfully served

| Service content | Delivery object | Service record |
|---|---|---|
| | SOUND BRIDGE ACOUSTIC LABS. INC. | Email Delivery: icc @ soundbridge.com |

**Notice of arbitration and annex (by)**

SOUND BRIDGE ACOUSTIC LABS, INC.: The court has accepted the MRLED INC.(apply for

SOUND BRIDGE ACOUSTIC LABS. INC.

(the party against whom an application is filed)

· 2022 / 3 / 218:18 via Email delivered to icc @ soundbridge.corr

Person) and the sales contract dispute case with you
((2021) Shenzhen Guozhong Foreign Affairs No.6092), please
Read the attached Notice of Arbitration within the specified time
Appoint an arbitrator and submit a plea and relevant evidence
material. If you need to entrust an agent to participate in the arbitration activities,
Please forward the service information that you have received to the agent, and
Please complete the above operations in time. Secretary: Zhao Jiahui, electricity
Words: 0755-83501229 Email: zhaojiahui@scia.com. Address: South, Shenzhen
No.5033, No.1 T1
The International Arbitration Building, on the 40th floor, is March 2,2022
**appendix:**
1. Arbitration Rules of Shenzhen International Arbitration Court (revised in 2020
    the first month of the lunar year)
2.SCIA Arbitration Rules
3. List of arbitrators
4.The SCIA Panel of Arbitrators
5. Guidelines on the actual expenses and fees of the arbitrators
6.Arbitrator's Actual Expense Standard
7. Address of service of arbitration, litigation and execution procedures confirmation
8. Letter on appointment of arbitrator (one court)
9. Application for Arbitration (Yu Xiaoxia)
10. MRLED   INC. Subject qualification Certificate (Yu Xiaoxia)
11. Director Zeng Guangming's ID card (Yu Xiaoxia)
12. Director Zeng Guangming (Yu Xiaoxia)
13. Certificate of identity of Director Zeng Guangming (Yu Xiaoxia)
14. Resolution of the sole director of the applicant (Yu Xiaoxia)
15. Yu Xiaoxia's Lawyer Practice Certificate (Yu Xiaoxia)
16. Zhang Chunyan's Lawyer Practice Certificate (Yu Xiaoxia)
17. Power of Attorney (Yu Xiaoxia)
18. Evidence materials for combined scanning (Yu Xiaoxia)
19. Evidence Catalogue (Yu Xiaoxia)
20.SOUND BRIDGE ACOUSTIC LABS, INC. Subject qualification

Certificate (Yu Xiaoxia)

21. Letter from the Law Firm (Yu Xiaoxia)

22. Subject qualification certificate of the respondent (the latest information)

(Yu Xiaoxia)

23. Applicant's subject qualification certificate (the latest information)

(Yu Xiaoxia)

24. Application for Arbitration (Yu Xiaoxia)

25. Certificate of Legal Representative / Responsible Person (Yu Xiaoxia)

26. Power of Attorney (Yu Xiaoxia)

27. Letter from the Law Firm (Yu Xiaoxia)

28. Certificate of Legal Representative / Responsible Person (Yu Xiaoxia)

29. List of Evidence (Yu Xiaoxia)

30. Notice (exchange rate) (Yu Xiaoxia)

31. (2021) Shenzhen Foreign Exchange Arbitration No.6092

Knowledge (by).pdf

32. Notice  of  Arbitration Respondent  pdf

(2021) Shenguozhong Foreign Affairs was successfully delivered by No.6092 Notice on Formation of the Arbitral Tribunal and Oral Hearing & Attachment 2022 / 5 / 20

| Service content | Delivery object | Service record |
|---|---|---|
| **Notice on Formation of the Arbitral Tribunal and Or al Hearing &Attachment**<br><br>**appendix:**<br>1.Notice on Formation of the Arbitral Tribunal and O<br>2.Arbitrator's Declaration.p df | **MRLED INC.**<br>(proposer) | SMS delivery: 15002099845<br>· 2022 / 5 / 2014:12 is via SMS delivered to 15002099845<br>SMS delivery: 18664590815<br>· 2022 / 5 / 2014:12 is via SMS delivered to 18664590815<br>Email Delivery: yuxiaoxia@deheng.com<br>· 2022 / 5 / 2014:12 was delivered to yuxiaoxia @ deheng via Email.com |
| | **Yu Xiaxia**<br>(Applicant's agent / legal representative) | SMS delivery: 18664590815<br>· 2022 / 5 / 2014:12 is via SMS delivered to 18664590815<br>· 2022 / 5 / 2014:23 from61.141.138.153User [Yu Xiaoxia] read the delivery content<br><br>Email Delivery: yuxiaoxia@deheng.com<br>· 2022 / 5 / 2014:12 was delivered to yuxiaoxia @ deheng via Email.com |
| | **Chun-yan zhang**<br>(Applicant's agent / legal representative | SMS delivery: 15002099845<br>· 2022 / 5 / 2014:12 is via SMS delivered to 15002099845<br>Email Delivery: zhangchunyan@deheng.com<br>· 2022 / 5 / 2014:12 was delivered to zhangchunyan @ deheng via Email.com |
| | **Kong xia**<br>(Applicant's agent / legal representative) | |
| | **Chen Li tao**<br>The Applicant's agent / legal representative | SMS delivery: 13712181666<br>● 2022 / 5 / 2014:12 was delivered via SMS to 13712181666<br>Email Delivery: chenlitao@deheng.com<br>· 2022 / 5 / 2014:12 was delivered to chenlitao @ deheng via Email.com · 2022 / 5 / 2014:12 delivered via wechat (OOT * * * aWmVM) |
| | **SOUND BRIDGE ACOUSTIC LABS, INC.**<br>(the party against whom an application is filed) | Email Delivery: icc @ soundbridge.com<br>· 2022 / 5 / 2014:12 was delivered via Email to icc @ soundbridge.cor |



International (regional) express mail details sheet

INTERNATONAL(REGIONAL)EXPRESS MAL WAYBIL

EA543911745CN

| | Daily / POSTING DATE & TIME | To / TO SOUND BRTDGE ACOUSTTC LABS, TNC. |
|---|---|---|

Guest person / FROM
Zhao Jiahui / ZHAO JIAHU!

Deep build / Shenzhen

Shenzhen Tu-International Court of Arbitration (Shenzhen

Shenzhen Court of In

Shenzhen Nanshan District Listening to the sea Avenue 40 floors

R5P9ST Save 9,909

2022    5    30    17
on

Phone (Consider) / PHONE VERYIIMPORENT
0755-83501229

China /P.R.China

ternational  Arbitration

No. 5033 Qianhai 1 T1

User code / CUSTOMER CODE

TRYEo1

The Company / COMPANY

Address at / ADDRESS
3501 S INTERSTATE  HIGHWAY  35 E  WAXAHACH IE
TX 75165-5429 USA
Contact person: I Christopher Cole

Zip code / POSTAL CODE      P12984965355, OGYP1GgTW800) 62
89084

4R/VOLUME
Long L high x wide w          Curicm / cm²          BWM/IOTAWGⅢ

Notice on Formation  of the Arbitral Tribunal and Oral Hearing  a Attachmont ,Letter  on Delivery of      No.4 Case

A5439I1745CN

| | JIAH U | |
|---|---|---|

Zhao Jiahui, 2MMO JIAHU

 

**China Post Express logistics**

home page  Service support for industry solutions   Convenience service, technology empowerment, about us   Log in / register   English

## ‹Returns the list

**Email number: EA543911745CN** International vEMS ˆ Express

Shenzhen_____America

It took 15 days and 21 hours

2022-05-31

https://ww.ems.com.cn/queryLogistics

| | |
|---|---|
| 2022-06-16 | have been signed |
| 12:03 | out of delivery<br>[US], to arrange the delivery |
| 10:34 | Arrive at overseas destinations<br>[US] Delivery arrived |
| 2022-06-15 05:01 | Arrive at overseas destinations<br>Overseas import customs release |
| 2022-06-14 06:23 | Arrive at overseas destinations<br>Send it to the overseas import customs |
| 06:22 | Arrive at overseas destinations<br>To reach the land processing center |
| 2022-06-02 22:00 | in transit<br>Airways receive |
| 09:56 | in transit<br>Shenzhen city, which has been delivered to the carrier for transportation |
| 2022-06-01 08:13 | in transit<br>Shenzhen City, leave [Shenzhen International Mail Processing Center], next stop [Shenzhen International Mail Exchange Station] |
| 08:13 | in transit<br>Shenzhen City, arrive at [Shenzhen International Mail Processing Center] |
| 02:13 | in transit<br>Shenzhen City, arrive at [Shenzhen Mail Processing Center] |

in transit

Scan code attention

parent! Want to follow this message status in real-time?

Wechat scan code attention, only one step!

In the guest

China Post Express logistics
Wechat service number



cellphone app

| 23:10 | Shenzhen city, [Shenzhen international mail processing | **China Post Express logistics** |
|---|---|---|



| 21:45 | in transit<br>Shenzhen City, leave [Shenzhen Futian District Caitian Business Department], the next station [Shenzhen City] |
|---|---|

| 14:56 | Has received<br>Shenzhen, [Shenzhen Futian District Caitian Business Department] has received and received, staff: Wang Shanjun, tel: 18588290912 |
|---|---|

3 *
Reason

In (

---

| **Product service** | Industry alcohol<br>prescription room | Then folk<br>music | 主播新闻 | Zhao write<br>special hold | God in our | contact us | featured products |
|---|---|---|---|---|---|---|---|



https://www.ems.com.cn/queryLogistics

Item  LA543911745CN

| ITEM  DETAILS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESSEE DETAILS | | | | | | | |
| SENDER  DETAILS | | | | | | | |
| DES  PATCH  AND  RECEPTACLE  IN  FORMAION | | | | | | | |
| EVENTS | | | | | | | |

| Event | Date | Descnption | Location | Transp. ref | Detaks | Sender | Recerver |
|---|---|---|---|---|---|---|---|
| EMI | 16/06/202212. 0 | Final  deliveny | 75165 | | AMORALES | US001 | CN001 |
| EMH | 5 | Attempted/Unsuccesstul  (physic al)deliveny | 75165 | | (12)Addressee  not  available | US001 | CN001 |
| EMG | 16/06/202212. 0 | Arival at  deliveny  offce | | | | US001 | CN001 |
| EDC | 3 | tem returned  trom  import  Customs | US.JFKA | | (nut1) | US001 | CN001 |
| | 16/06/202210– 34 | | | | | | |
| | 15/06/202205:0 1 | | | | | | |
| EDB | 14/06/20220623 | item presented  to  import  Customs | US.JFKA | | | US001 | CN001 |
| EMD | 14/06/2022. 06. 2 20 | A rnval at  inward  (de stination)aflice of  exchang e | US.JFKA | | | US001 | CN001 |
| PC | 03/06/2022. 08– 20 | Precon –Consignment comp leted | HKG | CV45138T | CNS2XD236896 | CN102 | US101 |
| PD | 31/05/2022. 23. 2 8 | Predes-Despatch Closed | CNSZXD | CV4513BT | CNSZX.JFKAAEN  20272014000011 | CN101 | US101 |
| EMC | 31105/202223. 1 | Departure from outward office  ol  evchange | CNSZXD | | | CN001 | US001 |
| EMA | 0 | | 518028 | | | CN001 | US001 |

| | 31105/202214:56 | Posting/Collection | | | | | |
|---|---|---|---|---|---|---|---|



Write a department

worldwide express mail service

**International (regional) express mail details sheet**

INTERNATIONAL (REGIONAL )EXPRESS MAL WAYBILL

EA 543911731CN

35081-35 E SOUTH

Sys tem nin e set of the tem ple of the ori gin al pub lic dee p wit h the pol iti cal enc oun ter

C Po st al Gr ou p Co rp or at io n GR OU P

| | | |
|---|---|---|
| Toxic collection B / ORIGINOFFICE | Agricultural poison date / POSTING DATE & TME<br>sunAt 17 hours, H<br>2022.530 | To / TO SOUND BRIDGE ACOUSTIC LABS, INC |
| sender /FROM<br>Zhao Jiahui / ZHAD J!AHU !<br>market /CY<br>Shenzhen / Shenzhen<br>ShenBan Youchen Arbitration Court (Shenzhen<br>Shenzhen Court of In<br>Address at / ADDAESS<br>Shenzhen Nanshan District Listening to the sea Avenue 40 floors | Message (# # ED) / PHONE VERY IMPORDNT<br>0755-83501229<br>0 Home UP Area / COUNTRVREGIONI<br>China /P.R.China<br>arbitration commission)<br>ternational Arbitration<br>No.5033, Building T1 | city /CiTy* Sinus diagram of the MmVmEcom<br>The Company / COMPANY<br>Address at / ADDAESS<br>35081-35 E SOUTH<br>United States of<br>A Contact person:<br>1 Christop<br>Postwar code / POSTALCODE<br>WAXAHACHIE,TX 75165<br>merica<br>her Cole<br>Telephone (regular E fee) / PHONE VEAY MPOATNT<br>1-2144765355、800-628-9084 |
| s9SG² 9 | User code / CUSTOMER CODE | volume /VOU Tall tall x width w c. cm \| Level 2 / 10UL WE 0! /KG |
| The day is the RR SUPMEHI B UMDEVERAME aanet Nar it SAOUDaE \| return nse | R2*PPRR ANDIASSUHE ☐ give up TO PA FOA NE ONAOE OFRETU | Responsibility M / CHAGE ¥ \| Other expenses / ADDCHARGE ¥ \| Total cost / TOTAL CHARGE |
| CN22 Document responsibility DOCUNENT ☐ lexins PARCEI | A A e R C c Degree of ③ R R F * * RR T cm Hne oeooirowoen mou a No CH na a | Base name / ACCEPTED BY IS IGNATURE) Y year M month D day \| Entry in 8 / RECENER'S NAME Y yearM moonD sun |
| NAMES DESCRIPTION OF CONTENTS | FAEDU | |

100

| SCTANA  NO,6092 FR  202T Notioe on Formation  of  the Arbitral   Tribunal    arnd Oral   Hearing   & Attachment,Latter        on Deivery  of   Case No# | U. 310 | China |
| --- | --- | --- |
| | Kg / KGmeasurements / EmS | |
| OMLJCS01    OES HO COA N  DNOOUS NO | E | The trxgos icbhr yerson PGxS Zhao Jiahui / ZBA 0 JIAHU |



EA5A3811731CN

ZUZZ/6/ZU 16:05

China Post Express logistics

中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS



home page | 产品服务 | Service support | Industry Solutions | Convenience Services | Technology empowerment | About Us | Log in / register | English

## ‹ Returns the list

2022-05-31

https://www.ems.com.cn/queryLogistics

**Email number: EA543911731CN**    *International*

Shenzhen_____America

So an co de at te nt io n

It took 15 days and 21 hours

parent! Want to follow this messag e status in real-time? Wechat scan code attent ion. Just one step!

| | | |
|---|---|---|
| 2022-06-16 12:0 | **have been signed** [US] has been properly cast | |
| 12:03 | out of delivery [US], to arrange the delivery | |
| 10:34 | Arrive at overseas destinations [US] Delivery arrived | |
| 2022-06-15 05:0 1 | Arrive at overseas destinations Overseas import customs release | |
| 2022-06-14 | Arrive at overseas destinations Send it to the overseas import customs | |
| 05:54 | Arrive at overseas destinations To reach the Chida Land Processing Center | |
| 2022-06-02 22:0 | in transit Airways receive | |
| 09:56 | in transit Shenzhen city, which has been delivered to the carrier for transportation | |
| 2022-06-01 08:1 | in transit Shenzhen City, leave [Shenzhen International Mail Processing Center], next stop [Shenzhen International Mail Exchange Station] | |
| 08:13 | in transit Shenzhen City, arrive at [Shenzhen International Mail Processing Center] | |
| 02:13 | in transit Shenzhen City, arrive at [Shenzhen Mail Processing Center] | |
| | in transit | |



China mail refor m expre ss goods in Wec hat

service number



cellphone app

2x

4m



--- ...–ꞌ ....v

23:10    Shenzhen City, [Shenzhen International mail        China Post
         processing      Exports have been directly sealed   Express logistics

21:45    in transit
         Shenzhen City, leave [Shenzhen Futian District Caitian

14:53    Business Department], the next station [Shenzhen City]

         Has received the strange
          Shenzhen city, [Shenzhen Futian District Caitian Business Department] has closed the strange, spoiler: Wang Shanjun, telephone 18588290912

!

Color products

*secret*

https://Mwww.ems.com.cn/queryLogistics

① 

Item 

| TEM DETAILS | | | | |
|---|---|---|---|---|
| ADDRESSEE DETALS | | | | |
| SENDER DETAIL  S | | | | |
| DESPATCH AND RECEPTACLE INFO RMAION | | | | |
| EVENTS | | | | |

| Event: | Date | Description | Location | Transp. ef | Details | Sender | Recever |
|---|---|---|---|---|---|---|---|
| EMI | 16/06/202212:05 | Final  delivery | 75165 | | AMORALES | US001 | CN00 |
| EMH | 16/06/202212:03 | AttemptediUinsuccesstul   (physical)d elivery | 75165 | | (12)Addressee  not  avallable | US001 | CN00 |
| EMG | 16/06/202210:34 | Antval at  delivery  ofice | | | | US001 | CN00 |
| EDC | 15/06/202205.01 | Item retumed  from  import  Customs | US,JFKA | | (null) | US001 | CN00 |
| EDB | 14/06/202205:55 | Item presented t o  import  Customs | US,JFKA | | | US001 | CN00 |
| EMO | 14106/202205:54 | Ar rival at inward  (destination)office of ex chang e | US,JFKA | | | US0t | CN00 |
| PC | 03/06/202208:20 | Precon-Consignment comp leted | HKG | CV4513BT | CNSZXD236896 | CN102 | US10 |
| PD | 31/05/202223:28 | Predes-Despatchi Closed | CNSZXD | CV4513BT | CNSZXDVS,JFKAAEN  20272 Q14.000011 | CN101 | US10 |
| EMC | 31/05/202223-10 | Departure ftom outward oflice  of  exchange | CNSZXD | | | CN001 | US00 |
| EMA | 31/05/202214:53 | Posting/Collecfion | 518028 | | | CN001 | US00 |

ueTnny

*monopolize* EMS. *worldwide express mail service*

**International (regional) express mail details sheet**
INTERNATIONAL (REGIONAL)EXPRESS MAIL WAYBILL  EA683798202CN

| Check the interest rate / ORIGIN OFFICE | Date of receipt / POSTING DATE & TIME 2022 # γ 1 1 month M 1 2 8 0 1 4 time H | Received by N / TO SOUND BRIDGE ACOUSTIG L ABS, INC, |
|---|---|---|
| Senders by / F R O M Zhao Jiahui / ZHAD JIAHUI | Telephone (annual heavy fee) / PHONE VERY IMPORTANT 0755-83501229 | city /C/TY  Country (Region / COUNTRY(REGION) America |
| city /CITY Shenzhen / Shenzhen | Guoqiu (Region / COUNTRY (REGION) China /P.R .China | Public figure / COMPANY |
| COMPAN Shenzhen International Arbitration Court (Shenzhen Arbitration Commission) 8NCourt -of -International .Arbitration T1, No.5033, Listening Avenue, Nanshan District, Shenzhen International arbitration is 3 5 floors | | Address at / ADDRESS 3501 S  I NTERSTATE HIGHWAY TX  75165-5429.USA Contact person: I Christopher Cole |
| | | Post number code / POSTAL CODE  Telephone number (very heavy) / PHONE VERY MPORTAND 1-2144765355,Office. (800)628- 9084 |



| Decuding / POSTAL COOE user coding / CUSTOMFK CODE 518029 | Volume / VOLUME Long L and high H  x  wide w | Cubic star meter / cm |  /TQTL WEIGHT 0.1  /K |
|---|---|---|---|
| Production ture ture, I choose F SIPMENT IS UNDELIVEARBLE IAGREE THAT IT SHEULD DE | return I promise to reonrd the cargo for all ilrms AEJ give up AND IASSUME TO PAY F OA THE QUARGE OF RETURN | support value NSURED  yex YES | Declaring value (RMB DECLARED VALUE (RMB  2 NO |
| CN22  document DOCUMENT  ☐ article PAACEL | Cut the package sound, clear and must fill in UNI list and carry commercial date or shape Write the following groups with the ticket text class | Class sugar / CHARGE  ¥ | Other lya / AZDCHACHE  ¥ | Total cost / TOTALCHAAGE  ¥ |

| NAME ADESCRIPTION OF CONTEN TS | WEIGHT FACAAED | OAGR | Signature / ACCEPTED BY (SIGNATUR E) | recipient standby name / RECEIVER'S NAME |
|---|---|---|---|---|
| SCIANA   NO.6092   FR | 0.1$10 | China | Y year M month D day | Y year M month ON H material M out |



2021 Document No.5 &
Attachments

Thousand degrees / 0 light / UED

A area single door day red C and this parts inside the
table yellowing and micro items
CATO        aCARTE
OLS NOT CONTAN ANY DANGERO US ANO
The state of the

Another 3 people / S E N O G S C
E
Hui / Z H A O J I A R U

A BAS °FNEBLEOE

E        A683798202CN

Try to fill



home pageProduct stockService support, industry solutions, convenience services, technology and energy, about us

## ‹Returns the list

**Email number: EA683798202CN**☐IMs

Shenzhen, China_____America



It took 8 days and 23 hours

| | |
|---|---|
| 2022- | America, [America] has been properly cast |
| 07:14 | Arrive at overseas destinations |
| | America, has arrived at the [America] delivery Bureau |
| 2022-11-19 11:0 3 | Arrive at overseas destinations |
| | The United States, overseas import customs release |
| 02:01 | Arrive at overseas destinations |
| | New York, to Chida |
| 02:01 | Arrive at overseas destinations |
| | New York, sent to overseas import customs |
| 02:01 | Arrive at overseas destinations |
| | Make it up to the destination processing center |
| 2022-11-14 22:0 0 | In the shaft |
| | Airways receive |
| 2022-11-13 12:0 8 | in transit |
| | Shenzhen city, has been delivered to the carrier business transport indeed |
| 07:44 | in transit |
| | Shenzhen City, leaving [Shenzhen International Exchange Bureau, Guangdong Province], the next stop [Shenzhen International Exchange Station, Guangdong Province] |
| 07:44 | In the transport |
| | Shenzhen, [Guangdong Inspection Shenzhen International Exchange Bureau] |
| 03:22 | in transit |
| | Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed |
| 2022-HB | Has received |
| | Shenzhen city [Shenzhen Futian strong new business department] has been sent, spoiler picture wave, telephone: 18588290880 |



**EMS** 全球邮政，快专递

**International (regional) express mail details sheet**

INTERNATONAL(REGIONAL)EXPRESS MALV.L

EA683798193CN

| | | |
|---|---|---|
| Check for B / OAIGN OFECE | Collection Date / POSTING DATE & TIME<br>In 2 0 2 2, Y 1 1 month M 12 Rp. 14 H time | To / TO SDUND PR1 DGE   ACOUSTIC   LABS, INC |
| sender /FROM<br>Zhao Jiahui / ZHAD JIAHUI | Message (single constant E fee) / PHONE (VERY IMPORTANT) 0755-83501229 | city /CITYCountry (Region / COUNTRYIREGION) |
| city /CITy<br>Shenzhen / Shenzhen | Country (region / COUNTRYIREGION)<br>China /P.R.China | The Company / COMPANY |
| Shenzhen International Court of Arbitration (Shenzhen Arbitration Commission)<br>Shenshen  Court-of International Arbitration | | Address at / ADDRESS<br>35081—35 E SOUTH WAXAHACHIE, TX 75165 |
| | | United States of  America<br>Contact person: her Cole<br>Christop |
| T1, No.1, Fuyue, No.5033, Xinhai Avenue, Nanshan District, Shenzhen<br>35 floor | | Zip code / POSTALCODE<br>Telephone (Zhang Jing E is now) / PHONE<br>IVERY MPORTANT<br>1-2144765355, 800-628-9084 |

| | | | | |
|---|---|---|---|---|
| Zip code / POSTAL CODE<br>51.80.29 | Family A code / CUSTOMFR COOE | volume /VOLF<br>Long t x high H x wide w cubic cm / cm³ | | Total strong /<br>TOTALW<br>EOHT<br>0.1   Thousand<br>d<br>chapter<br>/ KG |
| Add the solution parts without electrical calibration. I choose samples<br>" SEPMENT  IS UNDELEVEABLE  AGREE TAAT  IT SHOULD  BE<br>Back to ask<br>I promise the essence of chongfu mixed mmp<br>ANDIASSURE TO PAY FOA HE CHNR GE OF RETURN<br>Set Mcon | | Bao  yes<br>people   YES<br>INSURED<br>Statement of Value (RMB)<br>DECLARED   VALUE (RMB) | | d<br>en<br>y<br>NQ |
| CN22   File<br>constant<br>material<br>DOCMENT<br>articl<br>e<br>PARCEI<br>Your hear day sound, Ming and will be full writs<br>CN2 2 cheng close order and degree they will hare<br>to be set into a type of hair<br>List out the contents of the the bre<br>EINCV... | | Youth Ministry /<br>CHAIGE | Other expenses /<br>ADDCHARGE | Total cost / TOTAL CHARGE |
| | | ¥ | ¥ | |
| Inside parts exhibition and jiang<br>NAWEH DESCRIPTION OF CTI | hundre<br>d | FCLARED VALUE | ORGN | Name / ACCEPTED BY (SIGNATURE)<br>Y year M month D day | To Sue name / AECEVFR' SNA<br>M points in DRH in M month of Y |
| SCIANA NO.6092 FR | | 0. $10 | China | | |

2021 Document No.58
Attachments

Thousand " / graph is / UsD

For example, the domestic high high workers
and most of the generation of internal
workers are high base high can be two and
structures

Wencha person 8 / FNCESSCNRUE

Zhao Jiahui / ZHAO
JIAHU

South with China machine / PLEUG  TTPFAFRTNONTTEBRAO HE HL DEPO8THECOUFUETCNAhttp://www.cmn.com.cn

PCWHTPENRTEF

Tel.: 11183
torl5W



E        A683798193CN



Home page product service, service support industry solution program convenience service Technology empowerment, about us

# ‹Returns the list

Email number: EA683798193CN □ Ms
Shenzhen, China_____America

It took 8 days
and 23 hours



| | |
|---|---|
| 2022-11-21<br>16:35 | *America, [America] has been properly cast* |
| 07:13 | Arrive at overseas destinations<br>America, has arrived at the [America] delivery Bureau |
| 2022-11-19<br>11:03 | Arrive at overseas destinations<br>The United States, overseas import customs release |
| 02:01 | **Arrive at overseas destinations**<br>New York, to the destination |
| 02:01 | *Arrive at overseas destinations*<br>*New York, sent to overseas import customs* |
| 02:01 | Arrive at overseas destinations<br>New York, to the processing center |
| 2022-2266 | *in transit*<br>Airways receive |
| 2022-11-13<br>12:08 | in transit<br>Shenzhen city, has been delivered to the carrier transport corner |
| 07:44 | *in transit*<br>Shenzhen City, leaving [Shenzhen International Exchange Bureau, Guangdong Province], the next stop [Shenzhen International Exchange Station, Guangdong Province] |
| 03:22 | in transit<br>Shenzhen City, to [Shenzhen International Exchange Bureau of Guangdong Province] |
| 2022-11-12<br>17:08 | in transit<br>Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed |
| | Has received<br>Shenzhen, [Shenzhen Futian Fuxin Business Department] has received, spoiler; Peng Wenhui, 18588290880 |



**International (regional) express mail details sheet**
NTERNATONAL(REGIONAL)EXPRESS MA L WAYBIL

| Check / ORIGIN OFFICE | Collection Date / POSTING DATE & TIME | To / BDUND BRIDGE ACOUSTIC LABS, INC. |
|---|---|---|
| 20 0 | 23 years A 278time H | City / CITY |
| sender /FROM Zhao Jiahui / ZHAO JIAHUI | Telephone (often heavy fee) / PHONE VERYIMPORDW T 0755-83501229 | Soup country ″ Unmveocw |
| city /CITY Shenzhen / Shenzhen | Country (Region / COUNTRYIREGION) China /P.R.China | The Company / C O M P A N Y |
| Shenzhen National Court of Arbitration (Shenzhen Arbitration Commission) Shenzhen Court of International Arbitration | | Address at / ADDRESS 3501 S  I NTERSTATE HIGHWAY  35 E  WAXAHACHIE. |
| Address at / ADDRESS T1, No.5033, Listening Avenue, Nanshan District, Shenzhen 35 floor | | TX 75165-5429.USA Contact person: I Christopher Cole |
| A butterfly code | User code / CUSTOMER CODE | Zip code / POSTAL C COE Telephone (※ Party E fee) / PHONE NERY MPORDENT -2144765355,Office.(800)628-9084 |
| | | R/VOIF Long l_a high_x wide W cubic cm / cm3 |

rt of International Arbitration

Parts method control delivery.need IF SOFVENT  IS INDELVERABLU IAGREE DIAT  IT SHOULD  B   return   Its guaranteed quantity and learning□ put...ceRDIASSURE TO PAY FOR THE OARUE OF  RET UFN /owpokn

| | | Rates / CHARGE | Other signature / ADDCDAICE | Total cost / TOTALCHARGE |
|---|---|---|---|---|
| CN22 | File materials | Answer name / ACCEPTED BY (SIGNATUR ED) | | Receiving person signature / RECEIVER'S NAME |

Y year M month DA

Y yearM moonDBH time M

ttachment

Open write away, all must fill in Q Q report and provide high industry development into a form for the surface open type certificate education responsibility has the following village



中国邮政速递物流
CHINA POSTAL EXPRESS & LOGISTICS

home page  product service  Service support  Industry Solutions  **Convenience service technology empowerment, about us**

<return

Enter 1 mobile phone number or up to 20 email numbers (multiple please use empty books

**Mail track**

6 * * * -m= International special expertise

Email number: EA543787345CN

0

Shenzhen, China  one

America

online customer service

In 2023,

**have**

13:47 America, [US] has been approved

**Over 5 days and 23 hours**

Arrive at overseas destinations

11:15 United States, arrived at the [US] Delivery Bureau

0 May 03    08:28 The United States, fill in the foreign import customs release

08:17 New York, to reach the destination

08:17 New York, sent to the overseas import customs

08:17 New York, to the

delivery processing center

In the transport

06:58 The plane into the port

02:09 Airline launch

0 May 02    13:04 Airways receive

May 01 at 12:00 airline shipment

0 April 29th    13:06 Airlines receive it

09:05: Shenzhen city, which has been delivered to the carrier for transportation

08:08 Shenzhen, email left [Shenzhen International Exchange Bureau of Guangdong Province], is being sent to [Shenzhen International Exchange Station of Guangdong Province]

08:08 Shenzhen, mail arrived [Shenzhen, Guangdong Province, city International Exchange Bureau], will be sorted out

03:48 Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed

03:46 Shenzhen City, export customs / release

Qing Guanzhong

02:27 Shenzhen city, sent to the export customs

In the transport

April 28 · 22:18 In Shenzhen city, the mail arrived at [Shenzhen International Exchange Bureau of Guangdong Province] and will be sorted soon

20:59 In Shenzhen city, the mail leaves [Mail Processing Center of Shenzhen Post District Center] and is being sent to [Shenzhen International Exchange Bureau of Guangdong Province]

20.57 Shenzhen, the email left [Shenzhen Futian Caitian Investment Department], is being sent to [Shenzhen]

20:57 In Shenzhen, the mail has been sorted in [Shenzhen Futian Caitian Bidding Department] and is ready to be sent out

Has been collected

14:22 Shenzhen, China Post has received mail

Postpartum report labor pollution mountain road heaven star to the people, etc



**EMS** *worldwide express mail*

**International (regional) express mail details sheet**   EA543787331CN

INTERNATIONAL,REGIONAL,EXPRESS  MAIL  WAYBILL

Check it is / ORIGIN OFFICE

Collection Date / POSTING DATE & TIME
23 years, 4 27 a

To / TSDUND BRIDGE ACOUSTIC LABS, INC
-2144765355、800-628-9084

sender /FROM
Zhao Jiahui / ZHAO JIAHUI
0755-83501229

Telephone (heavy cost) / PHONE
IVERYIMPORTW

city /CIyCountry (Region) / COUNTRY (REGION)
America

City / CY
Shenzhen / Shenzhen

Country (Region / COUNTRY (REGION)
China /P.R.China

The Company / COMPANY

Laizhen International Arbitration Court
(Shenzhen Arbitration Commission)
Shenzhen Court of Internatio
nal Arbitration

Address at / ADDRESS
35081-35  E SOUTH    WAXAHA CHIE,TX 75165

United States of  America
Contact person: | Christopher Cole

Address / ADDRESS
T 1, No.5 0 3 3, Listening Avenue, Nanshan District, Shenzhen

Zip code / POSTALCODE

Telephone (single Chang ED) / PHONE VERY
MPORTWT
-2144765355、800-628-9084

Post number code / POSTALCOD User code / CUSTOMER CODE
51B

volume / YOUME
Long, t.s, which    x repeat wSquare and half / wt
is high

SEA/TUTL WEIGHT
0.1          kilogram
/KG

Send me to the school without electricity
F SBPMENT IS UNDELIVEAD
AGREE THAT  IT SHOULD BE

return

I promise the cost of recording the short
class
NDIASSUAE TO PAY FOA  TE  ONAGE OF  REURN  ADNDOEI

□ give up

Language fee / CBAAGF
$

Other expenses / ADDCHAOCE

Total cost / TOTAL CHARGE

Documen
t data
of
OCUMENT

article
PARCEl

Such as sequence package, full must fill in C2
customs declaration and according to the
education industry hair into the form of
development and bright test review fine fill
the following process day
Co. Co.MESEALURE  eACTOR PORE    ONDE
CO  Co   at  FORN00 CL OR PONSNS ENIC  A CNON
cONSIT  BG  menboMEN

Receiving Person Signatu
BY (SIGNATUR E)

E A 5 4 3 7 8 7 3 3 1 C N

goes out



**China Post Express**

Home page product services, service support industry solutions **Make**

<return

Enter 1 mobile phone number or up to 20 mail numbers (multiple please use empty cloth

**Mail track**

**6 * * International Express Mail**

| | | | | | |
|---|---|---|---|---|---|
| Email number: EA543787331CN | 0 | Shenzhen, China | one | America |

onlin stomer service

| | | have been signed | **Over 5 days and 23 hours** |
|---|---|---|---|
| In 2023 0 May 04 | | 13:47 America, [US] has been approved | |
| | | **Arrive at overseas destinations** | |
| | 11:16 | America, has arrived at the [America] delivery Bureau | |
| 0 May 03 | 08:27 | The United States, overseas import customs release | |
| | 08:17 | New York, to Chida | |
| | 08:17 | New York, sent to overseas import customs | |
| | 08:17 | New York, to the processing center | |
| | In the transport | | |
| | 06:58 | The plane into the port | |
| | 02:09 | **Airline launch** | |
| 0 May 02 | 13:04 | **Airways receive** | |
| 0 May 01 | 12:00 | **Airline launch** | |
| 0 April 29th | 13:06 | **Airways receive** | |
| | 09:05 | Shenzhen city, which has been delivered to the carrier for transportation | |
| | 08:08 | In Shenzhen city, the mail leaves [Shenzhen International Exchange Bureau of Guangdong Province], is being sent to [Shenzhen | |
| | 08:08 | International Exchange Station of Guangdong Province] in Shenzhen | |
| | 03:48 | city, the mail arrives at [Shenzhen International Exchange Bureau of | |
| | 03:46 | Guangdong Province], and will be sorted out soon | |
| Guanzhong | Qing | Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed | |
| | | Shenzhen City, export customs / release | |
| | 02:27 | Shenzhen city, sent to the export customs | |
| | In the transport | | |
| 0 April 28th | 22:18 | In Shenzhen city, the mail arrives at [Shenzhen International Exchange Bureau, Guangdong Province], and will be sorted soon | |
| | 20:59 | Shenzhen, the mail left [Shenzhen Post Center mail processing Center], is being sent to [Guangdong Shenzhen International Exchange Bureau] Shenzhen, the mail left [Shenzhen Futian Color Loss | |
| | 20:57 | investment Department], is being sent to [Shenzhen] | |
| | 20:57 | In Shenzhen, the mail has been sorted in [Shenzhen Futian Caitian Investment Department] and ready to be sent | |
| | Has been collected | | |

14:20  Shenzhen City, China Post has received the mail

On the solution of convenient service, on the cityGod is one to me



EMS 全球邮政特快专递

**International (regional) express mail details sheet**

INTERNATONAL (REGIONAL)EXPRESS MALL WAYBIL

EA543787186CN

Hat e wit h the low ref ers to the ext rem e and its pri vat

| | |
|---|---|
| Receiving Office / ORIGIN OFFICE 2 | Closing Date / POSTING DATE & TIME 02330 a[15 time H |
| Received by / T8OUND BRTDGE ACOUSTTC LABS, TNC. | |
| Senders by / F R O M Ki / ZRAO JIAHUI | Telephone (very important) / PHONE (VERY IMPORDNT) 0755-83501229 |
| City of / C I T Y Fan Guo COUNTRY (REGION) | |
| City of / C I T Y Shenzhen / Shenzhen | Country (Region / COUNTRY (REGION) China /P.R.China |
| The Company / COMPANY | |
| Shenzhen International Court of Arbitration (Shenzhen Arbitration Commission) Shenzhen Court of I nternat ional Arbitration | |
| Address at / ADDRESS 3501 S I NTERSTATE HIGHWAY 35 E WAXAHACHIE | |
| Address at / ADDRESS No.1 I1, No.5033, Listening Avenue, Nanshan District, Shenzhen | |
| TX-75165-5429-USA Contact person: 1 Christopher Cole | |
| 35 floor | |
| Zip code / POSTALCCDE PHONE VERY MPORP PB 628- 7084 | |
| Post number 1 ° G 2 E g User code / CUSTOMER C ODE | |
| Volume / VOLUME Long, L x and high x wide w Cube with m / m3 | 2mm/ToDL Kg / KG |
| Period is no foot through. Several speed F SMUPWENT IS UNDELVERADLE AGREE THAT IT SHOULD BE return rn I guarantee the cost of the government ANDIASSLRE TO RAY FOA TE QHAAGEOFFETU RN ☐ give up AowDoD | |
| Surface fee / CHAAGE ¥ | Other expenses / ADOCWRCE ¥ |
| Total cost / TOTALCHARGE Y | |
| CN22 Document the Marine Materia l DOCUNEN T article PARCFL If the package fee is paid, please fill in C) C3 customs declaration form and Xianzhi Gaoyefukang or formal invoice, please follow the following village list roa cD RA nL Nne oeOAWrON roMOO NOD OA NVOCE CH PHOFORA PNO ND CN Y aA ne mNsnoWN DO | |
| Name / ACCEPTED BY (SIGNAT UAE) Y year M month D day | To the recipient's signature / RECEVER' SNAME Y year M month D day H is rising |
| ECAHED A give birth to G | |

China

021DocumentNo

ttachment

Thousand-tiger / light / USD

E A543787186CN

There are real and the headquarters in the south
of the city and the same question
BHP  N   ABOVE   INFLATON   MODGE
EN
DER NOT CONTAIN ANY DANGEROUS AND

MYXXXXI
/ZHAO   JIAHUI



E A 5 4 3 7 8 7 1 8 6 C N

**China Post**
Electronic wide CHINA FOSTAL EXPRESS

Home page product services, service support industry solutions

‹return

Enter 1 mobile phone number or up to
20 email numbers (please use free

**Mail track**

6 * * * * -Medical
and express special
delivery

Email number:
EA543787186CN

0

Shenzhen,
China

—

America

onlin  stomer
service

have been signed

**It took 17 days and 21 hours**

In 2 0 2 3
0 July 1 9

12:31 America, [America] has been approved

Arrive at overseas destinations

11:29 United States, arrived at the [US] delivery bureau

0 July 17th    04:42 The United States, overseas import customs release

In the transport

0 July 07    12:10 Aircraft enter the port

0 July 06    02:00 airline shipment

0 July 03    13:52 Airlines receive it

0 July 02    09:20: Shenzhen city, which has been delivered to the carrier for transportation

08:14 Shenzhen, email left [Shenzhen International Exchange Bureau of Guangdong
Province], is being sent to [Shenzhen International Exchange Station of Guangdong
Province]

08:14 Shenzhen, the mail arrives [Shenzhen International Exchange Bureau of
Guangdong Province] and will be sorted soon

01:51 Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province]
has been exported directly sealed

0 July 01    01:49 Shenzhen City, export customs / release

Qing Guanzhong

23:19 Shenzhen city, sent to the export customs

In the transport

21:56 In Shenzhen, the mail arrives at [Shenzhen International Exchange Bureau of
Guangdong Province] and will be sorted soon

21:01 In Shenzhen city, the mail leaves [Mail Processing Center of Shenzhen Post
District Center] and is being sent to [Shenzhen International Exchange Bureau of
Guangdong Province]

20:21 In Shenzhen, the mail arrives at [Shenzhen Post District Center mail
Processing Center] and will be sorted soon

18:59 Shenzhen, the email left [Shenzhen Futian Caitian Investment Department], is
being sent to [Shenzhen]

18:58 In Shenzhen, the mail has been sorted in [Shenzhen Futian Caitian Bidding
Department] and is ready to be sent out

Has been collected

14:49 In Shenzhen, China Post has received the mail

On the line can make the people can say can test branch code in me

**EMS** 全球邮政特快专递

**International (regional) express mail details sheet**
NTERNATONAL(REGIONAL)EXPRESS MAIL WAYBIL

EA543787172CN

| | | |
|---|---|---|
| Insertion office / SENDER OFFICE | Closing Date / POSTING DATE & TME<br>2 023mx6Month N3OH at ad5 | To the recipient / TQ DUND BRIDGE ACOUST IC LABS, ING |
| **sender /FROM**<br>Zhao Jiahui / ZHAD JIAHUI | Telephone (single and heavy fee) / PHONE<br>VERY IMPORTNT<br>0755-83501229 | city /C/TYCountry Region / COUNTRY (REGION)<br>America |
| **city /C/TY**<br>Shenzhen / Shenzhen | Country (region / COUNTRY(REGION)<br>China /P.R.China | The Company / COMPANY |
| Shenchong Seed Arbitration Committee (Shenzhen Arbitration Commission)<br>Shenzhen.Court of.Internatioal Arh tration | | Address at / ADDRESS<br>35081-35   E   SOUTH   WAXAHACHIE,TX   75165 |
| Address / ADDRESS of<br>T1, Qianhai, No.5033, Listening Avenue, Nanshan District, Shenzhen | | United States of Amer ica<br>Contact person: I Christopher Cole |
| 35 floor | | Zip code / POSTALCODE<br>-2144765355,, 800-628-9084 |
| Port number code / P O S T A L C O D E Uuer code / C U S T O M E R C O D E<br>5˜180mg | | Ret / VOLUME<br>Long (x high x width w wen square li W |
| CN22   Port file data<br>DOCUMEN T | Mouth item<br>PARC R | Movement fee / CHARG<br>W |
| | | Check the personnel to sign 8 /<br>ACCEPTE1 |
| Member (i) southp<br>NAME ADESCRIPTION of CON | | |



n.Court of.Internatioal Arh tration

※nseven

CJANA NO.6092 FR

021   Document   No.98

ttachment

S10 China

Gang / NO W yuan / USD



Another 5 people / seOsS

GH

ZHAO   JIAHUI



E A 5 4 3 7 8 7 1 7 2 C N

China Post
Express

Home page product services, service support industry solutions

‹return

Enter 1 mobile phone number or up to 20 email numbers (please use free

**Mail track**

6 * * * * *,
International Express
mail

**Email number:**
EA543787172CN

☐

Shenzhen, China ‹

America

online customer
service

🔴 **Has returned**                                                    For 41 days

In 2023,
0 August
12th

14:37Shenzhen, your mail has been signed [sender] and successfully returned to the sender. If you have any questions, please call the Courier [Tel: 18588211435], even
Thank you everywhere for using China Post. I look forward to serving you again.

out of delivery

14:30Shenzhen city, the mail is being sent, please wait patiently, keep the phone unblocked, ready to sign, if you have any questions, please call staff [Tao Quan, electricity
Words: 18588211435] or loss investment department [tel: 0755-83235691, complaints please call 11183.

In the transport

13:20 Shenzhen, mail arrived [Shenzhen Futian Colorful Investment Department]

09:21 Shenzhen, mail arrives at [Shenzhen Post District Center Mail Processing Center] and will be sorted soon

Qing Guanzhong

At 09:15, August 11, Shenzhen city, and sent to the import customs

In the transport

At 09:36, August 10, Shenzhen, the mail arrived at [Shenzhen International Exchange Bureau, Guangdong Province] and will be sorted soon

05:33 In Guangzhou, the mail arrives at [Guangzhou International Exchange Bureau] and will be sorted soon

Qing Guanzhong

At 22:41, July 29, Guangzhou city, and sent to the import customs

In the transport

01:29Has been delivered to the carrier

0 July
21st

17:00 (third country)

out of delivery

0 July
18th

11:37 USA, [USA] arrange
delivery

Arrive at overseas destinations

11:25 United States, arrived at
the [US] Delivery Bureau

0 July
17th

11:29The United States,
overseas import customs
release

11:29 Send it to the
overseas import customs

In the transport

0 July 07    12:10 Aircraft enter the port

0 July 0 6    02:00 airline shipment

0 July 03    13:52 Airlines receive it

0 July 02    09:20: Shenzhen city, which has been delivered to the carrier for transportation

08:14 Shenzhen, email left [Shenzhen International Exchange Bureau of Guangdong Province], is being sent to [Shenzhen International Exchange Station of Guangdong Province]

08:14 International Exchange Bureau of Guangdong Province] and will be sorted soon

Shenzhen, the mail arrives [Shenzhen

01:51 Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed

01:49 Shenzhen City, export customs / release

Qing Guanzhong

July 01 · 23:19 Shenzhen city, sent to the export customs

In the transport

• 21:56 Shenzhen, the mail arrives [Shenzhen International Exchange Bureau of Guangdong Province] and will be sorted soon

• 21:01 In Shenzhen City, the mail leaves [Shenzhen Postal District Center Mail Processing Center] and is being sent to [Shenzhen International Exchange Bureau of Guangdong Province]

**(2021) Shenzhen Guozhong Foreign Affairs No.6092 Document**

No.4 &Attachments  2022 / 5 / 20 successful delivery

| Service content | Delivery object | Service record |
|---|---|---|
| **Document No.4 &Attachments** | **SOUND BRIDGE ACOUSTIC LABS,** | Email Delivery: icc @ soundbridge.c om |
| | | · 2022 / 5 / 2014:16 via Email delivered to icc @ soundbridge.com |
| *appendix:* | **INC.** | |
| 1.Letter on Delivery of Case | (the party against whom an application is filed) | |
| Materials-4.pdf | | |
| 2. Evidence Catalogue (Yu Xiaoxia) | | |
| 3. The English translation of the supplementary evidence submitted by the applicant (Yu Xiao Xia) | | |
| 4. Evidence materials for combined scanning (Yu Xiaoxia) | | |
| 5. The applicant submits the English translation of the evidence (Yu Xiaoxia) | | |



**EMS** 全球邮政特快专递

**International (regional) express mail details sheet**  EA543787124CN

INTERNATIONAL (REGIONAL)EXPRESS MAIL WAYBILL

| | | |
|---|---|---|
| Check it is / ORIGIN OFFICE | Drug collection / POSTING DATE & TIME<br>2023/7/26 sun D14 time H | To the N T O SOUND BRTDGE ACOUSTIC LABS, INC. |
| sender /FROM<br>Zhao Jiahui / ZHAO JIAHU I | Telephone (often heavy fee) / PHONE VERY IMPORTANT<br>0755-83501229 | city /CITY      Country (Regional GQUNTRY (REGION)<br>America |
| city /C/TY<br>Shenzhen / Shenzhen | Country (region) / COUNTRY(REGION<br>China /P. R.China | The Company / COMPANY |
| Shenzhen Tu International Arbitration Court (Shenzhen Arbitration Commission)<br>Shenzhen Court of International Arbitration | | Address at / ADDRESS<br>3501 S I NTERSTATE HIGHRAY 35 E WAXAHACHIE, |
| Address at / ADDRESS<br>Building T1, No.5033, Listening Sea Avenue, Nanshan District, Shenzhen City | | TX 75165-5429,LSA<br>Contact person: | Christopher Cole |
| International arbitration is 35 layer | | Postorder code / POSTALCODE     Telephone (reference F #) / PHONE VERY MPORTANT<br>1-2144765355,Offioe. (800)62890 84 |
| zip code 518029 | User code / CUSTOMER CODE | Volume / VOLUME<br>Long L x from Hx wide w cubic to / m3     2/TOTLWEG, 1    Wang Ke / KG |
| IF SHIPMENT IS UNDELIVERABLE    return Hou | I promise the same at the cost<br>NDIASSAUE TO PAY FOR THE CHAG E OF RETURN     □ not ADPOSED | Rates / CHAAGE<br>¥ | Other expenses / ADD CHAAGE<br>¥ | Total cost / TOTAL CHARGE<br>¥ |
| CN22    Document data of DOCUMEN T    article PARCEL | Now it is a package sound, please write CN2D customs declaration and according to the original form of commercial hair under the department on mecn p. E aL DRESHIAON FORMe FOMDE OMCACL MOCI OA POPOA MO   D CEN | Signature / ACCEPTED BY (SIGNATURE)<br>Y year M month D day | In-in signature / RECEIVER'S NAME<br>Y year M month D day H hour M minute |
| | WEIGHT | In the service price GPGPR<br>DECLARED VALUE | |
| SGTANA   NO.6092<br>2021 Arb tra warc | 0 | 0    Chi na | |

Dry g / KG first /USo

OF NE ABOV DECLAATIOA ADIOA

Q OF SSGE

**Zhao Jiahui / Z HAO JIAH**

Zhao Jiahui / ZHAO JIAH

EA543787124CN



Home page product services, service support industry solutions convenience servicesTechnology empowermentAbout Us

<return

Enter 1 mobile phone number or up to 20 mail numbers (multiple please use blanks

**Mail track**

6* ? The m "
intergroup of express
advance

Email number:
EA543787124CN

0

Shenzhen, China    —    America

online customer
service

⊛ **have been signed**                                                                 It took 12

In 2023,
0 August 09      12:08 America, [US] has been approved

Arrive at overseas destinations

11:05 United States, arrived at the [US] delivery Bureau

O         14:33 UK, overseas import customs clearance

00:18, to reach the destination

00:18 Send it to the overseas import customs

00:18To reach the land processing center

In the transport

Aug  060 · 17:36 Airlines shipment
August
0208    0    03:36 Aircraft enter the port
0 August    16:06 Airlines receive it
01
05:00 airline shipment

10:57 Airlines receive it

09:13 Shenzhen city, which has been delivered to the carrier for transportation

08:16 Shenzhen, email left [Shenzhen International Exchange Bureau of Guangdong Province], is being sent to [Shenzhen International Exchange Station of Guangdong Province]

01:52 Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has been exported directly sealed

01:50, Shenzhen City, export customs / release

Qing Guanzhong

01:02 Shenzhen city, sent to the export customs

In the transport

0 July     21:27 Shenzhen, the mail arrived [Shenzhen International Exchange Bureau of Guangdong Province] and will be sorted soon

20:54 In Shenzhen city, the mail has left [Mail Processing Center of Shenzhen Post District Center] and is being sent to [Shenzhen International Exchange Bureau of Guangdong Province]

20:52 Shenzhen, the email left [Shenzhen Futian Caitian Investment Department], is being sent to [Shenzhen]

20:52 In Shenzhen, the mail has been sorted in [Shenzhen Futian Caitian Investment Department]. Ready to send

Has been collected

14:23 In Shenzhen, China Post has received the mail

**EMS** 全球邮政特快专递  **International (regional) express mail details sheet** EA543787115CN

INTERNATIONAL (REGI ONAL)EXPRESS MAL WAYBILL



| Inspection office / ORIGIN OFFICE | Closing Date / POSTING DATE | To the NTO SOUND BRTDGE ACOUSTIC LABS, INC. |
|---|---|---|
| | A TIME                      BD14time H | |
| | 2023In July, M 26 | |
| sender /FROM Zhao Jiahui / ZHAO JIAHUI | Telephone (single # E question) / PHONE (VERY IMPOHDWT 0755-83501229 | city /CITE          Country (ground / CQUNTRYIREGION) The sheep country |
| city /CTY Shenzhen / Shenzhen | Country (Region / COUNTRY (REGION) China /P.R.China | The Company / COMPANY |
| Gong-Shenzhen International Arbitration Court (Shenzhen Arbitration Commission) Shenzhen Court of  International Arbitration Address at / ADDRESS Building T 1, Xinghai Road, 5 0 3 3, Nanshan District, Shenzhen 35 floor | | Address at / ADDRESS 35081-35 E SOUTH WAX AHACHIE,TX  75165 United States af  America Contact person: I Christopher Cole |
| | | Zip code / POSTAL CQOE | Telephone (constant D) / PHONE IVERY MPOHTNT 1-2144765355, 800-628-9084 |
| User cotton code / CUSTOMER CODE cmgPNG2 | Volume / VOLUME Long x high   x wide Wc. cm /cm | e/TomLWEO, 1                  kilogram /KG |
| Such as the star mode without fan cast tong. I choose F SHFMENT  IS UNDELIVEABLE IAGREE THAT  IT SHOULD .DE | Back to   □ ask  NDIASSLPE TO PAY FOA THE OARGE  O FRETUAN put...=n  If the department is also asand, be sure to fill in the CLS take the volume and return the poison into a formal invoice 'n ant to chnge the following and aneth | Movement fee / CHAAGF ¥ | Other expenses / ADDCHARGE ¥ | Total cost / TOTAL CHARGE |
| CN22                   document       article          DOCXMPN            PARCE | romaEca.hEc                       nERTECOAOC nxeno           arentnerenf      M | Signature / ACCEPTED BY (SIGNATUR E) | recipient recipient / RECEIVER'S NAME |
| NANEE DESCRIPTION OF CONT ENA | | Y year M month D day | Y tour M month(C month points at H |
| SCLANA 2021  Arb       AWar( | 0.      10        China | | |
| | Kg / g scale no / Uso | | |



| Tax mother white 1 post month in the south has change and monthly items | Q green human Kg 9 |
| items 1s: B of TE AMN REGION NOIq | Kehui / ZHAO JIAHU |
| TE | |
| COMMENT DOES NOT CONTAIN IN PAYMENTS so | |

Kehui / ZHAO JIAHU





Home page product services, service support industry solutions convenience services, technology enabling, about us

<return

Enter 1 mobile phone number or up to 20 mail numbers (please use more empty

**Mail track**

6 * * * u—,
International Express
mail

Email number:         0                              Shenzhen, China   one         America
EA543787115CN

online customer
service

**have been signed**                                                              **It took 12 days and 21 hours**

In 2023,        12:08 America, [US] has been approved
0 August 09
**Arrive at overseas destinations**

11:04 United States, arrived at the [US] Delivery Bureau

0 August 08   14:33 The United States, overseas import customs release

00:18**Arrive at Jedda**

00:18Send it to the overseas import customs

00:18 To arrive at the delivery site processing center

0 August 06   **In the transport**

17:36**Airline launch**

0 August      03:36 Aircraft enter the port
02

0 August 01   16:06**Airways receive**

**05:00 airline shipment**

0 July 28th   10:57**Airways receive**

09:13 Shenzhen city, which has been delivered to the carrier for transportation

08:16 Shenzhen, email left [Shenzhen International Exchange Bureau of Guangdong Province],
is being sent to [Shenzhen International Exchange Station of Guangdong Province]

01:52 Shenzhen City, [Shenzhen International Exchange Bureau of Guangdong Province] has
been exported directly sealed

01:50, Shenzhen City, export customs / release

**Qing Guanzhong**

01:02 Shenzhen city, sent to the export customs

0 July       **In the transport**
27th
21:27 Shenzhen, the mail arrived [Shenzhen International Exchange Bureau of Guangdong
Province] and will be sorted soon

20:54 In Shenzhen city, the mail has left [Mail Processing Center of Shenzhen Post
District Center] and is being sent to [Shenzhen International Exchange Bureau of
Guangdong Province]

20:52 Shenzhen, the email left [Shenzhen Futian Caitian Touch Investment Department], is
being sent to [Shenzhen]

20:52 In Shenzhen, the mail has been sorted in [Shenzhen Futian Caitian Bidding

Department] and is ready to be sent out

**Has been collected**

14:26 Shenzhen, China Post has received mail

5 The mountain code child F

Can number branch code