IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| MRLED INC., | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | |
| SOUND BRIDGE ACOUSTIC LABS, INC., | ) ) | Case No._____ |
| Respondent. | ) ) | |

**MOTION TO CONFIRM FOREIGN ARBITRATION AWARD**

 **PLEASE TAKE NOTICE** that on August 26, 2024 at 10:00 AM, or as soon thereafter as counsel may be heard, Petitioner MRLED INC. by and through their undersigned counsel, will move before the Court, at the United States District Court for the Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, TX 75242, for entry of an Order granting Petitioner's motion to confirm foreign arbitration award and to enter judgment thereupon.

 **PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Petitioner will rely upon the Application to Confirm Foreign Arbitration Award, exhibits, and memorandum of law submitted herewith.

Dated: July 26, 2024

                  Respectfully submitted,

                  MAZZOLA LINDSTROM, LLP

*[signature]*

_____

Shan (Jessica) Chen
*Counsel for Petitioner*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com

2