IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| MRLED INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUND BRIDGE ACOUSTIC LABS, INC., | ) | Case No._____ |
| | ) | |
| Respondent. | ) | |

## [PROPOSED] ORDER

**THIS MATTER**, having been commenced by Petitioner MRLED INC., by the filing of Motion to Confirm Foreign Arbitration Award, and the Court having considered the written submissions in support thereof and in opposition thereto; and for good cause shown,

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

1. The arbitration award issued by Shenzhen Arbitration Committee (also known as Shenzhen Court of International Arbitration ("SCIA") on July 26, 2023, in favor of MRLED INC. and against Sound Bridge Acoustic Labs, Inc. be and is hereby CONFIRMED pursuant to 9 U.S.C. § 207 and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards; and,

2. A judgment in favor of MRLED INC. and against Sound Bridge Acoustic Labs, Inc. be entered as follows:

(1) $169,015 for the unpaid goods sold by MRLED INC. to Sound Bridge,

(2) penalty on the $169,015 at the rate of 0.06% per day from April 22, 2018 to full payment of the $169,015,

(3) legal costs of RMB 50,000, which is the rough equivalent of $6,914.58 under current exchange rates as of July 26, 2024,

(4) costs of the hearing transcript of RMB 22,000, which is the rough equivalent of $3,042.67 under current exchange rates as of July 26, 2024, and

(5) the arbitration fees of RMB 69,736, which is the rough equivalent of $9,644.70 under current exchange rates as of July 26, 2024, advanced by the Petitioner to the SCIA.

_____

United States District Court Judge