## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:24-CV-01922-G

Plaintiff:
**MRLED INC.**

vs.

Defendant:
**SOUND BRIDGGE ACOUSTIC LABS INC.**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Received by Direct Process Server LLC on the 2nd day of August, 2024 at 11:30 pm to be served on **SOUND BRIDGE ACOUSTIC LABS INC., 3501 SOUTH I-35E, WAXAHACHIE, TX 75165**

I, MITCHELL DRAEGER, do hereby affirm that on the **14th day of August, 2024** at 6:20 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS**, to: **CHRISTOPHER COLE** as OWNER for SOUND BRIDGE ACOUSTIC LABS INC., at the address of: **3501 S INTERSTATE HWY 35E, WAXAHACHIE, TX 75165**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 250, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

PSC# 7995
Exp. 12-31-2025

MITCHELL DRAEGER
August 16, 2024
Date

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2024001576

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0a

